# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

_____

Clifford Williams_____ ,
              **Plaintiff(s),**
(Full name(s); Do not use *et al.*)

v.

Related Management Company
L.P., Managing Agent for
Att-Danbury Acquisition, LLC
Danbury Police Dept
Members and associates of the
Genovese Crime family

and others
_____
            **Defendant(s).**
(Full name(s) and capacity, <u>e.g.</u>, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

Case No. _____
     (To be supplied
      by the court)

Plaintiff's Motion for a Preliminary
Injunction
Federal Rule of Civil Procedure 65
for a Preliminary Injunction Prohibiting
Defendant from Unconstitution housing
Eviction Retaliatory Eviction
Criminal interference with Fair Housing Rights

## A. PARTIES

1. Clifford Williams_____ is a citizen of Danbury_____ who
    **(Plaintiff)**                 **(State)**
presently resides at 88 Main street Apt HA Danbury CT 06810_____ .
            **(mailing address)**

Related Management company L.P. by their Attorney MA, RI, NH, CT, ME, VT
2. Defendant David A. Carlson, Esq Flynn law Group is a citizen of _____
         **(name of first defendant)**            **(State)**
       185 Devonshire street Suite 401 Boston, MA 02110
whose address is _____ ,

     Related Management Company Property Manager and
and who is employed as Lawyer _____ .
         **(title and place of employment)**

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes _____ No. If your answer is "Yes," briefly explain:

Conspiring with state Public Officials, Police, Members and associates of the "Genovese" Crime family Danbury Police Department

3. Defendant _____ is a citizen of _____
         (name of second defendant)                              (State)

whose address is 375 Main Street Danbury CT 06810

and who is employed as Officials, Officers .
                          (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes _____ No. If your answer is "Yes," briefly explain:

Criminally Conspiring to commit injure, oppress, threaten, harass, Murder for hire against Mr. Clifford Williams for filing Complaints to federal law enforcement

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

Yes _____     42 U.S.C. § 1983 (applies to state defendants)

_____     ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

And Civil Right Act (1964) and The Americans With Disabilities Act

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Please see attachment in back

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.  CAUSE OF ACTION.")

**Claim I:**  Please see attachment in the back or front

Substantive violations of the First Amendment the right to petition the government for a redress of grievances and not to be retaliated against. Substantive violations of the Fourth Amendment right unreasonable search and seizure, Substantantive state law practice due process protects

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

## E. REQUEST FOR RELIEF

I request the following relief:

Put a stop to this

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes _____     No ___✓___

_____
Original signature of attorney (if any)

**Plaintiff's Original Signature**

None
_____
Printed Name

Clifford Williams
_____
Printed Name

_____

58 Main St Apt 4A Danbury CT 06810

( ) 857-221-7491
_____
Attorney's full address and telephone

( )
_____
Plaintiff's full address and telephone

Clifford Williams 1010 @ gmail. Com
_____
Email address if available

_____
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on 4-23-2025 .
                    (location)                              (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/21/16)

5

CLERK, SUPERIOR COURT
JUDICIAL DISTRICT OF DANBURY
146 WHITE STREET
DANBURY, CT 06810

CLIFFORD WILLIAMS
APT 4A
88 MAIN STREET
DANBURY, CT 06810

Docket Number: **DBD-CV-25-6053872-S**    Notice Issued: 04/11/2025

Case Caption: **RELATED MANAGEMENT COMPANY, L.P., MANAGING AGENT F** v. **WILLIAMS, CLIFFORD**

JDNO NOTICE                                          Sequence #: **1**

ORDER
ORDER REGARDING:
04/11/2025 108.00 STIPULATION
The foregoing, having been considered by the Court, is hereby:
ORDER: APPROVED

The agreement of the parties is approved and made an order of the Court.
The Summary Process Trial is continued to May 2, 2025, at 9:00 a.m. See
stipulation.

By Order of the Court, Stango, J.
Nicholas Laber, Office Clerk
Judicial District of Danbury

```
CLERK, SUPERIOR COURT                CLIFFORD WILLIAMS
JUDICIAL DISTRICT OF DANBURY          APT 4A
146 WHITE STREET                      88 MAIN STREET
DANBURY, CT 06810                     DANBURY, CT 06810
```

Docket Number: **DBD-CV-25-6053872-S**    Notice Issued: **03/31/2025**

Case Caption: **RELATED MANAGEMENT COMPANY, L.P., MANAGING AGENT F  v.
WILLIAMS, CLIFFORD**

JDNO NOTICE                                    Sequence #: **1**

3/31/2025
ORDER
The following order is entered in the above matter:
ORDER:
A summary process trial is scheduled at 9:00 AM on 4/11/25 at the Danbury
Superior Court on 146
White Street, Danbury, CT.
Judicial Notice (JDNO) was sent regarding this order.
(Medina, J.)

**STIPULATED AGREEMENT OF THE PARTIES**
JD-HM-11   Rev. 6-22

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

| [X] Judicial District at | DANBURY | [ ] Housing Session at | | Docket Number |
|---|---|---|---|---|
| | | | | DBDCV256053872S |

Name of case

**RELATED MANAGEMENT COMPANY, L.P., MANAGING AGENT F V. WILLIAMS, CLIFFORD**

Stipulated Agreement of the Parties

Parties agree to the following INTERIM:

1. Both parties agree to continue this matter for subsequent mediation on May 2nd, 2025 or at the Courts discretion.

2. Defendant will continue to pursue discrimation complaints with the Department of Justice.

3. The Plaintiff agrees to comply with all Landlord Responsibilities under C.G.S. 47a-7.

4. Defendant will continue to comply with all terms, conditions, rules and regulations of the current lease agreement with the Plaintiff. The Defendant agrees to comply with all Tenant responsibilities under C.G.S. 47a-11 including free from clutter, sanitary and in compliance with fire safety codes.

5. No parties shall unreasonably disrupt the quiet use and enjoyment of the other at the subject premises.

6. If either party violates any condition to this INTERIM agreement, the adversely affected party may file an affidavit with the Clerks office requesting a court hearing.

Counsel for the Plaintiff is authorized to enter into this Stipulation on behalf of his client. The Plaintiff and Defendant represents that they fully understand the terms and conditions of this Stipulated Agreement. The Plaintiff and Defendant waive canvass before the Court.

| Plaintiff(s)/Attorney(s) for Plaintiff(s) | Defendant(s)/Attorney(s) for Defendant(s) | 09-11-2025 |
|---|---|---|
| **For the Plaintiff Attorney Brian Carlson** | **Defendant-01 Clifford Williams** | |

| Housing Mediator | Date signed | [X] After a canvass by the Mediator, parties agree with the terms of |
|---|---|---|
| Nina Petrus | 4/11/2025 | the stipulation and request that the court approve the agreement. |

| Approved *(Signature of Judge)* | | Date signed |
|---|---|---|

Print Form                Reset Form

State of Connecticut

SUPERIOR COURT

Related Management Company V. Clifford Williams

Landlord-Tenant Case #DBDcv25603872s

Defendant Affidavit

The defendant accuses the plaintiff of fraud against the CT state court and against the federal government. The plaintiff deliberately stole mail containing the defendant's rent payment. This was done in retaliation to the defendant's complaints against the plaintiff. The tenant filed a federal criminal complaint against the landlord. This complaint is in reference to a federal criminal interference with housing rights. The United States Department of Justice Civil Rights Division- Criminal Section is investigating the plaintiff. The actions of the plaintiff are meant to fraudulently impede this criminal investigation.

A stipulated agreement of the parties was signed by both the defendant, Clifford Williams, and the plaintiff attorney, David Carlson. The stipulated agreement became null and void when the plaintiff party stole the mail containing the defendant's rent payment.

I, Clifford Williams, am sending this affidavit as both notice and proof through attached receipts and payment stub that this crime was committed and this stipulated agreement has been voided.


Clifford Williams

857-221-7494

Signature:

Related management company v Clifford Williams, landlord-teant case # DBDcv25603872s
the plaintiff say the defendant violation of lease agreement to eviction and the defendant say the plaintiff fabrication lease violation to evict defendant tenant after tenant filing a federal criminal complaint against landlord in a federal criminal interference with housing rights with the united states department of justice civil rights division criminal section who is investigating and the plaintiff is trying to stop a federal criminal investigation against landlord and property manager and maintenance man and some tenants and police and this conspiring to retaliation eviction by the landlord.

**RELATED
MANAGEMENT
COMPANY**

# BALANCE DUE NOTIFICATION

Date:    04/11/2025

From:    Sandra Thompson, Property Manager / Agent for Owner
         Augustana Homes Danbury
         88 Main St
         Danbury, CT 06810-7890
         (203) 791-8510

To:      Clifford Williams:
         88 Main Street #04A
         Danbury, CT 06810

Apt: A4


To all Resident(s) in possession, including:

Clifford Williams
88 Main Street #04A
Danbury, CT 06810

As of this date, our records indicate that there is still an unpaid balance due on your account for the current month. The total amount due is **$272.28**. Please remit this amount immediately.

If you have any questions regarding this balance due, please call or come by the management office.

Sincerely,

_____
Sandra Thompson, Community Manager / Agent for Owner

◀ *LOAD THIS DIRECTION, THIS SIDE UP*



MONEY ORDER RECEIPT - NON NEGOTIABLE

**UNITED STATES POSTAL SERVICE.**

BETHEL
10 LIBRARY PL
BETHEL, CT 06801-9998
(800)275-8777

04/03/2025                          04:19 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® Letter | 1 | | $0.73 |

Danbury, CT 06810
Weight: 0 lb 0.10 oz
Estimated Delivery Date
Mon 04/07/2025
Certified Mail®                     $4.85
Tracking #:
9589 0710 5270 1891 4505 13
Total                               $5.58

Grand Total:                        $5.58

Cash                               $10.00
Change                             -$4.42

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 080374-0801
Receipt #: 840-50600278-2-8011550-2
Clerk: 33

◀ *LOAD THIS DIRECTION, THIS SIDE UP*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only



For delivery information, visit our website at www.usps.com®.

Danbury, CT 06810

| Certified Mail Fee $4.85 | | 0801 |
|---|---|---|
| $ | | 33 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $0.73 | | |
| $ | | 04/03/2025 |
| Total Postage and Fees | | |
| $ $5.58 | | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

US Constitutional Rights violation first amendment.

The right to petition the government for redress and grievance

Mr. Clifford Williams contact of Federal government law enforcement agencies from 2009 to present time 2025.  Federal law enforcement to investigate corruption of the state and the city of Danbury CT public official who conspire with private person to injure, oppress, threaten, intimidate and soliciting murder for hire against Mr. Clifford Williams.

US Constitutional Rights violation fourth amendment.

Unreasonable search and seizure by the government public official who conspire with private person to illegally install hidden surveillance camera inside of Mr. Clifford Williams apartment.

US Constitutional Rights violation fourteenth amendment.

Substantive due process is a legal doctrine that ensures fundamental rights are protected from government infringement, even if those rights are not explicitly mentioned in the Constitution.  It essentially asks whether a law is justified in depriving someone of life, liberty, or property.  In essence, it limits the government's power to regulate certain aspects of individual life, such as personal relationships, marriage, and procreation, by requiring a sufficient justification for doing so.  When the government public official conspire with private person deprive his constitutional rights under color of law.

State action:

The supreme court has held private citizens to be liable for state action when they conspire with government officials to deprive people of their rights.

When a public official conspire with private person to install hidden surveillance camera in tenant apartment that is a state action violation.

When public officials conspire with private person from 2009 to present time 2025 statute limitations does not began until the conspiracy end, also continuous violation doctrine.

Petitioner Mr. Clifford Williams asking the court to grant the preliminary hearing before May 2nd 2025.

Mr. Clifford Williams apartment is a Federal Crime scene and property manager cannot do inspection of Mr. Clifford Williams apartment until Federal investigators investigate.

The related management company vs. Clifford Williams Case # DBDcv25603872s the plaintiff say the defendant violation of lease agreement to eviction and the defendant say the plaintiff fabrication lease violation to evict defendant tenant after tenant filing a federal criminal complaint against landlord in a federal criminal interference with housing rights with the united states department of justice civil rights division criminal section who is investigating and the plaintiff is trying to stop a federal criminal investigation against landlord and property manager and maintenance man and some tenants and police and this conspiring to retaliation eviction by the landlord.



# Criminal Interference With Fair Housing Rights



**Share** >

When force or threat of force is used to interfere with rights guaranteed by the Fair Housing Act, the Department of Justice may bring criminal prosecutions that can result in prison sentences and/or fines for those convicted of such crimes. These crimes include cross burnings, arson, fire bombings, vandalism to property, written and oral threats, and assaults on persons attempting to exercise their fair housing rights.

Individuals who believe they have been victims of such crimes may file complaints with the Criminal Section of the Civil Rights Division, which is responsible for directing investigations and prosecutions of such crimes.

# Criminal interference with rights to fair housing

Refers to the illegal act of using force or threats of force to prevent someone from exercising their right to fair housing, which is protected under federal law, meaning it is a crime to intimidate or obstruct someone from accessing housing based on their race, color, religion, sex, national origin, disability, or familial status; essentially, it criminalizes the act of actively trying to stop someone from renting or buying a home due to their protected characteristics through violent or threatening means.

Key points about criminal interference with fair housing rights:

- **Protected characteristics:**

  This law applies to discrimination based on race, color, religion, sex, national origin, disability, and familial status.

- **Acts considered criminal:**

  This includes acts like threats, vandalism, physical assault, or other forms of intimidation aimed at preventing someone from accessing housing due to their protected characteristics.

- **Enforcement agency:**
  The Department of Justice is responsible for investigating and prosecuting criminal violations of fair housing laws.

# CRIMINAL INTERFERENCE WITH RIGHT TO FAIR HOUSING

## SUMMARY

Section 3631 of Title 42 makes it unlawful for an individual to use force or threaten to use force to injure, intimidate, or interfere with, or attempt to injure, intimidate, or interfere with, any person's housing rights because of that person's race, color, religion, sex, handicap, familial status or national origin. Among those housing rights enumerated in the statute are:

- The sale, purchase, or renting of a dwelling
- The occupation of dwelling
- The financing of a dwelling
- Contracting or negotiating for any of the rights enumerated above
- Applying for or participating in any service, organizations, or facility relating to the sale or rental of dwellings.

This statute also makes it unlawful to use force or threaten to use force to injure, intimidate, or interfere with any person who is assisting an individual or class of persons in the exercise of their housing rights.

The offense is punishable by a range of imprisonment up to a life term, depending upon the circumstances of the crime, and the resulting injury, if any.

## TITLE 42, U.S.C., SECTION 3631

*Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with--*

(a) any person because of his race, color, religion, sex, handicap (as such term is defined in section 3602 of this title), familial status (as such term is defined in section 3602 of this title), or national origin and because he is or has been selling, purchasing, renting, financing, occupying, or contracting or negotiating for the sale, purchase, rental, financing or occupation of any dwelling, or applying for or participating in any service, organization, or facility relating to the business of selling or renting dwellings; or

(b) any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from--

(1) participating, without discrimination on account of race, color, religion, sex, handicap (as such term is defined in section 3602 of this title), familial status (as such term is defined in section 3602 of this title), or national origin, in any of the activities, services, organizations or facilities described in subsection (a) of this section; or

(2) affording another person or class of persons opportunity or protection so to participate; or

(c) any citizen because he is or has been, or in order to discourage such citizen or any other citizen from lawfully aiding or encouraging other persons to participate, without discrimination on account of race, color, religion, sex, handicap (as such term is defined in section 3602 of this title), familial status (as such term is defined in section 3602 of this title), or national origin, in any of the activities, services, organizations or facilities described in subsection (a) of this section, or participating lawfully in speech or peaceful assembly opposing any denial of the opportunity to so participate--

shall be fined under Title 18 or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined under Title 18 or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under Title 18 imprisoned for any term of years or for life, or both.

There is a newer version of the Connecticut General Statutes     ↓

View our newest version here     →

# 2005 Connecticut Code - Sec. 47a-20. (Formerly Sec. 19-375a). Retaliatory action by landlord prohibited.

**Sec. 47a-20. (Formerly Sec. 19-375a). Retaliatory action by landlord prohibited.** A landlord shall not maintain an action or proceeding against a tenant to recover possession of a dwelling unit, demand an increase in rent from the tenant, or decrease the services to which the tenant has been entitled within six months after: (1) The tenant has in good faith attempted to remedy by any lawful means, including contacting officials of the state or of any town, city or borough or public agency or filing a complaint with a fair rent commission, any condition constituting a violation of any provisions of chapter 368o, or of chapter 412, or of any other state statute or regulation, or of the housing and health ordinances of the municipality wherein the premises which are the subject of the complaint lie; (2) any municipal agency or official has filed a notice, complaint or order regarding such a violation; (3) the tenant has in good faith requested the landlord to make repairs; (4) the tenant has in good faith instituted an action under subsections (a) to (i), inclusive, of section 47a-14h; or (5) the tenant has organized or become a member of a tenants' union.

(1971, P.A. 852, S. 1-4; 1972, P.A. 160, S. 5; 186, S. 13; P.A. 76-95, S. 19, 27; 76-435, S. 75, 82; P.A. 79-571, S. 17; P.A. 83-510, S. 6, 9.)

History: 1972 acts included filing complaint with fair rent commission as remedy in Subsec. (a)(1) and added reference to violations of Ch. 412 and other statutes and regulations; P.A. 76-95 added Subdiv. (4) in Subsec. (a) forbidding landlord's action to recover dwelling unit, increase rent or decrease services within six months after tenant organizes or becomes a member of a tenant's union; P.A. 76-435 revised effective date section of P.A. 76-95, see history for Sec. 47a-1; Sec. 19-375a transferred to Sec. 47a-20 in 1977; P.A. 79-571 rephrased provisions and deleted former Subsecs. (b) to (d), reincorporated in statutes as Sec. 47a-20a by the same act; P.A. 83-510 inserted a new Subdiv. (4) to include an action brought in good faith by a tenant under Subsecs. (a) to (i) of Sec. 47a-14h.

See Sec. 7-148f re penalty for violation of order of rent reduction or rent suspension.

See Sec. 47a-20a re actions deemed not to be retaliatory.

See Sec. 47a-33 re defense that action is retaliatory.

Annotations to former section 19-375a:

Cited 34 CS 594-597. Defense of retaliatory eviction not available in summary process action for nonpayment of rent. Id.

Annotations to present section:

Cited. 217 C. 313, 318.

Cited. 4 CA 608, 609. Cited. 16 CA 444-447, 449-451, 453, 454. Cited. 32 CA 133, 136. Cited. 45 CA 46.

Cited. 35 CS 233, 236. Retaliatory eviction defense is not a right given to tenants, rather a limitation upon remedies of landlord intended to protect tenant who had complained of housing code violation. Tenant's request to landlord to unclog bathtub drain does not constitute a "repair" sufficient to raise the presumption of retaliatory defense. Repairs required to conform a dwelling to basic structural, mechanical and housing code regulations raise the presumption of retaliatory defense. Id., 261-264, 266. Cited. 36 CS 47, 53. Cited. 38 CS 370-372; Id., 683, 685. Cited. 40 CS 470-475.

Former Subsec. (a):

Retaliatory eviction defense is not a right given to tenants, but a limitation upon remedies of landlord. Establishment of prima facie case by tenant gives rise to presumption of retaliatory action by landlord. Prima facie case results when tenant has produced sufficient evidence to bring himself within one or more of the specified acts. Presumption of retaliatory action is rebuttable. To rebut, landlord is required to establish legitimate interest in the eviction. Landlord has burden of producing substantial countervailing evidence and of proving facts which fairly put in issue the presumed fact. 35 CS 261, 264. Subdivision (1) contains language nearly identical to that of section 47a-33. This subdivision and three others in this subsection are intended to trigger defense of retaliatory action. Id. Under subdivision (3) "repairs" means repairs of substantial code violations; those required to conform a dwelling unit to basic structural, mechanical and

housing code regulations are the types contemplated to raise presumption of retaliatory defense. Id., 267.

Former Subsec. (b):

Subdivision (4) cited. 35 CS 261, 265.

Subdiv. (1):

Cited. 16 CA 444, 454.

Cited. 40 CS 470, 472, 473.

Subdiv. (3):

Protection of statute not invoked unless repair requested is necessary to maintain premises in a fit and habitable state. 16 CA 444, 450, 454.

**Disclaimer:** These codes may not be the most recent version. Connecticut may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## Factual Background

The News times March 12, 2009 by Dirk Perrefort staff writer
Re: Blumenthal asks state, federal authorities to Investigate
Danbury Housing Authority  (Brian D. Duncan, Helen Wright)

Two People who Introduce Clifford Williams to the state of Connecticut
the city of Danbury CT back in 10-29-2009 helping find a apartment
Brian D. Duncan, Helen Wright and the city of Danbury CT Mayor
Mark D. Boughton Was so extremely angry that a black Man and
White Woman Expose the Mayors hated for Poor People to all of Connecticut
and the Mark D. Boughton Wanted total revenge  and the Danbury Police
and Many Public Officials saw Clifford Williams with Brian D. Duncan
Helen Wright going around the city of Danbury CT looking for a apartment
for Clifford Williams and Clifford Williams became a target Victim of guilt
by association

And from 2009 through Present time now 2025 Mark D. Boughton
Criminally Conspire With Corrupt rogue Sophisticated Organized
Public Officials and Political Officials and Judicial Officials, Police Officials,
and their Private Businesses Partnership Officials and Members and
Associates of the Genovese crime family NY, NJ, MA. CT and Members
of the New York City Police Dept Who Contacted the Related Companies
30 Hudson Yards New York NY 10001 and 60 Columbus cir, New York, NY
10023 the landlord of the Related Management Company Augustana
Homes Danbury 88 Main Street Danbury CT 06810

Description of defendants conduct and why a preliminary Injunction is necessary to prevent Plaintiff from suffering irreparable harm from 10-13-2020 through present time now the employees of the related Management Company Property Manager Nelson E. Vera and his Recertification Specialists Will Jasmine Sanchez and their Maintenance Man Joe Wait Criminally, Civilly Conspiring to illegally install hidden surveillance Cameras disguise as smoke detectors, one in the kitchen, one in the living room, one in the bedroom on orders of then city of Danbury ct Mayor Mark D. Boughton and his members of the Danbury Police Dept Officials, Officers when Mark D. Boughton came the the related Management Company Augustana homes Danbury 88 Main street Danbury ct to celebrate one of the tenant one hundreds birthday and his military career

Because Plaintiff Clifford Williams have been and still filing complaints against him and his CoConspirators from 2009 through present time now 2025 Please see attachment document evidences

And now Mark D. Boughton is state of Connecticut Commissioner of the department of revenue service and still lives in the city of Danbury ct and still have control over the city of danbury ct and he is still conspiring with public officials, Danbury Police Dept, Members and associates of the Genovese crime family to Conspire to Injure, oppress, threatened, intimidate, Murder for hire against Clifford Williams



**Yankeegas**

The Northeast Utilities System

Customer Services
PO Box 150492
Hartford CT 06115

February 10, 2010

Illoonlladalaaalloolladlaladdllaaalladlalalaal
RUSSELL REALTY
C/O JOHN W RUSSELL
15 BOYCE RD
DANBURY CT 06811 3501

RE:  Unsafe Condition —
Account:  57874930078
31 WOOSTER ST  DANBURY CT 06810 7851

Dear Russell Realty:

Please be advised that the gas fired stove installed at the above referenced service address is in violation of the National Fuel Gas Code (NFPA-54).  It must not be used until corrections have been made.

Our service technician noted the hazardous condition on a recent call.  At that time, the technician shut off the appliance as a safety precaution and attached a Gas Equipment Shut-Off Notice with a description of the violation.

After the hazardous condition has been corrected, please notify our Customer Service Center at the number referenced below.  A service technician will conduct an inspection.  If all appropriate actions have been taken, the technician will remove the tag and return the appliance to operating condition.

If you have any questions, please call our Customer Service Center at 1-800-989-0900 or visit our Web site at www.yankeegas.com.  For your convenience, our customer service representatives are available to assist you Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturday from 10:00 a.m. - 3:30 p.m. .

Sincerely,

Yankee Gas
Customer Service Center

WHEN CONDITION STATED BELOW HAS BEEN CORRECTED, CALL OR NOTIFY

**YANKEE GAS Customer Service Center**    1-800-989-0900

STREET 31 West St    TOWN Danbury    FLOOR —    APT 2

CUSTOMER NAME Russell Culty    CUSTOMER SIGNATURE X Clifford Williams

APPLIANCE Stove    APPLIANCE LOCATION Kitchen

DUE TO A HAZARDOUS CONDITION, THIS APPLIANCE OR SECTION OF GAS LINE HAS BEEN SHUTOFF.
**DO NOT USE IT UNTIL THE CONDITION(S) NOTED BELOW HAVE BEEN CORRECTED.**

TAGGED-TIME AND DATE 1/9/10    REINSPECTED-TIME AND DATE    ☐ OK    ☐ RETAGGED

CONDITIONS TO BE CORRECTED: Shutoff gas to stove — needs to be serviced by appliance company

METER/SERVICE PERSON INITIALS SC    ☐ CONDITION NOT CORRECTED

OP5221 REV. 10-02    CUSTOMER SERVICE CENTER-ENGLISH    № 127336



# DANGER

# HAZARD

**DO NOT OPERATE THIS APPLIANCE OR THIS SECTION OF GAS LINE.**

DUE TO A HAZARDOUS CONDITION THIS APPLIANCE OR SECTION OF GAS LINE HAS BEEN SHUTOFF. DO NOT USE IT UNTIL THE CONDITION(S) NOTED ON THE REVERSE SIDE OF THIS TAG HAVE BEEN CORRECTED.

## YANKEE GAS Customer Service Center

WHEN CONDITION STATED BELOW HAS BEEN CORRECTED, CALL OR NOTIFY

**1-800-989-0900**

DUE TO A HAZARDOUS CONDITION, THIS APPLIANCE OR SECTION OF GAS LINE HAS BEEN SHUTOFF. DO NOT USE IT UNTIL THE CONDITION(S) NOTED BELOW HAVE BEEN CORRECTED.

Nº 127336



**U.S. Department of Justice**

Civil Rights Division

Housing and Civil Enforcement

SHR:JRT:JD:GV
DJ#: 175-48-0

| | |
|---|---|
| *U.S. Mail:* | *950 Pennsylvania Avenue, NW - G St.* |
| | *Washington, DC 20530* |
| *Overnight:* | *1800 G Street, NW* |
| | *Suite 7002* |
| | *Washington, DC 20006* |
| *Telephone:* | *(202) 514-4713* |
| *Facsimile:* | *(202) 514-1116* |

NOV 1 5 2010

Mr. Clifford Williams
31 Wooster Street, Apt. # 2
Danbury, CT  06810

Dear Mr. Williams:

This is in response to your correspondence to the Civil Rights Division of the U.S. Department of Justice concerning your complaint against Mr. John Russell, Russell Realty, Mr. Mark Boughton, Mayor of Danbury, the Danbury Police Department, your landlord, and tenants at the apartment complex where you resided, located in Danbury, Connecticut.  Please excuse the delay in our response.

This office is responsible for enforcement of the Fair Housing Act, as amended, 42 U.S.C. §§3601, et seq., which prohibits discrimination in housing on the basis of race, color, religion, national origin, sex, familial status and disability.  It also prohibits retaliation against an individual who has filed a housing discrimination complaint or is otherwise pursuing the right to fair housing opportunities.  The Department of Justice and the Department of Housing and Urban Development ("HUD") share responsibility for enforcing the Fair Housing Act.  HUD is the agency with primary responsibility to investigate individual complaints of discrimination.  HUD may share this responsibility with substantially equivalent state agencies such as the Connecticut Commission on Human Rights and Opportunities ("CCHRO")

We have carefully reviewed all of the information you submitted.  We understand from your correspondence that on June 10, 2010, you filed a housing discrimination complaint with HUD, which was referred to CCHRO.  Subsequently, on September 2, 2010, CCHRO issued a Determination of No Cause dismissing your complaint and closing your file.  You now seek the assistance of this Department with respect to CCHRO's final decision.

Although we would like to be of assistance to you, the Department of Justice does not have authority to review the investigation or determination made by HUD or CCHRO.  Any complaint that you may have against these agencies must be raised directly with them.  If you are not satisfied with the attention given to your complaint, we suggest that you contact a private attorney to discuss the legal alternatives that may be available to you.



# Dannel P. Malloy
GOVERNOR
STATE OF CONNECTICUT

May 5, 2011

Mr. Clifford Williams
31 Wooster Street
Danbury, CT 06810

Dear Mr. Williams:

Thank you for your letter to Governor Malloy regarding your concerns with the Danbury Police Department. The Governor appreciates the time you took to write your letter.

The issue you have written about is a local matter. I would like to suggest that you contact your local Mayor's Office or local town representatives to discuss this important issue. If you do not know who your local representatives are, you can obtain that information through your town hall. Please do not hesitate to contact our office in the future, should the need arise.

Thank you once again for taking the time in contacting the Governor and expressing your feelings regarding this matter.

Sincerely,

Linda Sandiaes
Staff Assistant
Office of Governor Dannel P. Malloy

210 CAPITOL AVENUE, HARTFORD, CONNECTICUT 06106
TEL (860)566-4840 • FAX (860)524-7396 • www.ct.gov
governor.malloy@ct.gov



**U.S. Department of Justice**

Criminal Division

*Washington, DC 20530-0001*

October 18, 2012

Clifford Williams
PO Box 792
Danbury, CT 06813

Dear Mr. Williams:

Thank you for your fax dated October 11, 2012, to the Criminal Division. We have been asked to respond to you on the Division's behalf. In your fax, you allege corruption within the New York City Police Department.

We rely on investigative agencies to gather the relevant facts. If you believe this matter may constitute criminal activity, please contact the Federal Bureau of Investigation (FBI), the investigative arm of the Department of Justice. The FBI will determine whether a federal investigation may be warranted. Should you wish to contact that office directly, you may write:

FBI New York
26 Federal Plaza, 23rd. Floor
New York, New York 10278-0004

If appropriate, the FBI will refer the matter to a United States Attorney for a final determination regarding legal action.

Again, thank you for writing the Criminal Division. We hope this information is helpful

Sincerely,

Correspondence Management Staff
Office of Administration

Reference Number: DA300375941
*For further correspondence please email criminal.division@usdoj.gov. Should you wish to speak to a representative please call (202) 353-4641 and provide the reference number.*



**U.S. Department of Justice**
Civil Rights Division
Housing and Civil Enforcement Section

---

SHR:JRT:DS:GV:anf
DJ 175-48-0

U.S. Mail: 950 Pennsylvania Ave, N.W.
Washington, D.C. 20530
Overnight: 1800 G Street, N. W.
Suite 7062
Washington, D.C. 20006
Telephone: (202) 514-4713
Facsimile: (202) 514-1116

AUG 0 2 2012

Mr. Clifford Williams
Cliffordwilliams300@gmail.com

Dear Mr. Williams:

This is in response to your correspondence to the Civil Rights Division of the U.S. Department of Justice concerning your complaint of alleged corruption, harassment, and intimidation against Mayor Mark Boughton, the Danbury Police Department and the landlord and tenants at the shelter where you reside, located in Danbury, Connecticut. Specifically, you allege that you are being threatened at a homeless shelter and the Danbury Police Department will not assist you. Please excuse the delay in our response.

This office is responsible for enforcement of the Fair Housing Act of 1968, as amended, 42 U.S.C. §§3601, et seq., which prohibits discrimination in housing based upon race, color, national origin, religion, sex, familial status, or disability. However, we do not have authority to take action on allegations concerning the denial of other rights related to housing that are not covered by the Fair Housing Act.

We have carefully reviewed the information that you provided in your letter. Although we would like to be of assistance to you, your complaint does not involve the type of discrimination prohibited by the Fair Housing Act. Accordingly, we have no authority to investigate or act upon your complaint and will take no further action. Moreover, we are not authorized to provide legal advice or opinions to private citizens.

You may wish to contact the Federal Bureau of Investigation (FBI), which may have jurisdiction to investigate your complaint. The address and telephone number for this office are:

Federal Bureau of Investigation
FBI New Haven
600 State Street
New Haven, CT 06511-6505
(203) 777-6311

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Voice (617) 565-1340, (800) 368-1019, TDD (617) 565- 1343, (800) 537-7697
FAX (617) 565-3809, http://www.hhs.gov

**OFFICE OF THE SECRETARY**

Office for Civil Rights, Region I
JFK Federal Building, Room 1875
Government Center
Boston, MA 02203-0002

APR 1 0 2013

Mr. Clifford Williams
c/o G.M.
P.O. Box 792
Danbury, CT 06813

Our Reference number: 13-151505

Dear Mr. Williams:

Thank you for your letter received on November 19, 2012 and subsequent letters received
December 17, 2012, January 4, 2013, January 10, 2013, February 14, 2013 and March 4, 2013 by
the Department of Health and Human Services (HHS) Office for Civil Rights (OCR). In your
letters, you state that you believe that your civil rights have been violated by a number of persons
and organizations including Danbury, CT Mayor Mark Broughton, the Danbury, CT Police
Department; the city of Danbury Homeless Shelter; the Danbury, CT Public Library; and
numerous individuals including various public officials. You allege that you have been the
victim of a continuous conspiracy to injure, oppress, interfere with, threaten, intimidate and
harass you.

OCR is responsible for enforcing a variety of Federal civil rights laws that prohibit
discrimination and the Privacy and Security Rules issued pursuant to the Health Insurance
Portability and Accountability Act, which protects the privacy of individuals' health information.
Specifically, OCR has jurisdiction over programs and entities that receive Federal financial
assistance from HHS in cases involving discrimination based on race, color, national origin, age,
disability, and, under certain circumstances, sex and religion. Additionally, OCR has jurisdiction
over health and human service programs operated by HHS or by state and local public entities in
cases involving disability-based discrimination. OCR also has jurisdiction over health plans,
health care clearinghouses, and certain health care providers with respect to enforcement of the
Federal Standards for Privacy of Individually Identifiable Health Information (the Privacy Rule,
45 C.F.R. Parts 160 and 164, Subparts A and E).

Upon review of your complaint, we have determined that the HHS Office for Civil Rights does
not have authority to investigate your complaint because OCR does not have jurisdiction over the
issue of a conspiracy to harass and coerce you by the various individuals and entities you have
named. Therefore, our office can take no further action on this matter, and is closing your
complaint. OCR's determination, as stated in this letter, applies only to the allegations in this
complaint that were reviewed by OCR.



# Williams v. Federal Bureau of Investigation et al

| | |
|---|---|
| **Plaintiff:** | Clifford Williams |
| **Defendant:** | Department of Health and Human Services, Department of Housing and Urban Development, United States Attorney, Federal Bureau of Investigation and United States Postal Service |
| **Case Number:** | 3:2014cv00985 |
| **Filed:** | July 9, 2014 |
| **Court:** | Connecticut District Court |
| **Office:** | New Haven Office |
| **County:** | Fairfield |
| **Presiding Judge:** | Jeffrey A. Meyer |
| **Nature of Suit:** | Other Civil Rights |
| **Cause of Action:** | 28:1651 |
| **Jury Demanded By:** | None |

# Access additional case information on PACER

Use the links below to access additional information about this case on the US Court's PACER system. A subscription to PACER is required.

Access this case on the Connecticut District Court's Electronic Court Filings (ECF) System

- Search for Party Aliases
- Associated Cases
- Attorneys
- Case File Location
- Case Summary
- Docket Report


United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE

DISTRICT *of* CONNECTICUT

U.S. Attorneys » District of Connecticut » News And Press Releases

### Department of Justice

U.S. Attorney's Office

District of Connecticut

FOR IMMEDIATE RELEASE                                    Wednesday, February 4, 2015

# Federal Law Enforcement Authorities Announce Formation Of Task Force To Fight Public Corruption

Follow @USAO_CT

United States Attorney Deirdre M. Daly and representatives from five federal law enforcement agencies today announced the formation of the Connecticut Public Corruption Task Force to investigate corrupt public officials, the misuse of public funds and related criminal activity.

The Connecticut Public Corruption Task Force includes representatives from the Federal Bureau of Investigation, United States Postal Inspection Service, Internal Revenue Service – Criminal Investigation Division, and the Inspector General's Offices of the United States Department of Health and Human Services and the United States Department of Housing and Urban Development.

"For the first time in Connecticut, we have brought together in a single investigative unit, agents and inspectors from the federal agencies that have primary responsibility for investigating public corruption," said U.S. Attorney Daly. "Although each of these agencies has a history of working together, bringing some of the best agents in the state into one unit with a singular purpose of investigating all manner of corruption is an optimal way to address the complex and varied threats posed by corrupt activity."

U.S. Attorney Daly explained that the Task Force is focused on rooting out not only corrupt elected officials, but also federal, state and municipal employees who use their position for personal gain at the expense of the public good. The Task Force also will investigate corruption that threatens public resources, the electoral process, and fair economic opportunities for citizens and businesses. In addition, the Task Force is charged with uncovering corruption within both public and private institutions that receive and misuse taxpayer dollars.

Assistant U.S. Attorney Christopher M. Mattei, who is Chief of the U.S. Attorney's Office's Financial Fraud and Public Corruption Unit, is coordinating the Task Force. The FBI has committed resources to support all Task Force investigations and serves as the lead investigative agency.

"The New Haven Division of the FBI is joining forces with our federal agency partners to combat public corruption throughout the State of Connecticut," said FBI Special Agent in Charge Patricia M. Ferrick. "With the assistance and cooperation of these partners, the Connecticut Public Corruption Task force is well positioned to successfully root out and put an end to public corruption within our area. Public servants are entrusted by all of us to act in the best interests of the public they serve. It is important for the United States

United States Attorney
District of Connecticut
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut   06604

RECEIVED

2017 MAY 16  PM 12: 14

U.S. ATTORNEY'S OFFICE
BRIDGEPORT CONNECTICUT

***PLEASE NOTE:*** *The United States Attorney is responsible for the prosecution of violations of federal laws and for representing officers and agencies of the federal government in civil actions.   Accordingly, our office can only undertake those cases falling within our authority.*

If you will provide us with the facts of your complaint, inquiry will be made to determine whether the facts merit action by this office.   If you have any questions, please indicate them on this form.   If you need more space, please use additional sheets of paper and attach them to this form.   **When you have completed this form, please forward it to the U. S. Attorney's Office at the above address.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DO NOT WRITE ABOVE THIS LINE

Cliffordwilliams101@gmail.com          Today's Date: 5-16-2017

YOUR NAME: Clifford Williams

ADDRESS: Po Box 792 Danbury CT 06813

TELEPHONE NUMBER: 857-221-7494

WERE YOU REFERRED TO THIS OFFICE BY ANY AGENCY OF PUBLIC OFFICIAL?_____
     IF YES, PLEASE INDICATE
THEM: Many federal, State, City law enforcement

DO YOU HAVE AN ATTORNEY REPRESENTING YOU IN THIS MATTER? None at this time
IF YES, PLEASE INDICATE FULL NAME AND ADDRESS:_____

HAVE YOU ADVISED YOUR ATTORNEY OF THE COMPLAINT TO THIS OFFICE?_____

IS THERE A COURT ACTION PENDING WHICH PERTAINS TO THIS MATTER?_____
IF YES, PLEASE GIVE CASE NUMBER AND COURT:_____

LIST ALL PUBLIC AGENCIES YOU MAY HAVE CONTACTED REGARDING THIS COMPLAINT:
FBI, US Atty, US Dept of Justice Washington DC

State the details of your complaint or information on the attached sheet.   Use the reverse side if necessary.  If you have any relevant documents, please attach COPIES only.   DO NOT SEND ORIGINAL DOCUMENTS.

I hereby represent the following facts to be true:

_____          Date: 5-16-2017
                    (Signature)
CITIZEN'S COMPLAINT    -continued-          Your



WESTERN CONNECTICUT
HEALTH NETWORK

DANBURY HOSPITAL · NEW MILFORD HOSPITAL

### Soarian© Tracking Board Discharge Report - Discharge Instructions

| | | | |
|---|---|---|---|
| Pt Name: | CLIFFORD WILLIAMS | | |
| Patient ID: | 2010002406 | MRN: | 0895077 |
| DOB: | 04/30/1954 | Acct No: | 8950770038 |
| Arrival DTime: | 05/16/2017  17:04 | MPI: | 1001016628 |
| Dsch DTime: | | Age/Sex: | 63Y/M |
| Provider: | | | |
| Primary Care Physician: | Benjamin Woodhouse, PA | | |
| PCP Phone Number: | Unknown Doctor | | |

## Visit Information

You were seen in the Danbury Hospital Emergency Department.

| | |
|---|---|
| Arrival Date/Time: | 05/16/2017 at  5:04 pm |
| Patient Complaint: | ARR VIA 34-2 |
| Treating Complaint: | Motor Vehicle Traffic Accident |
| Your diagnosis is: | Contusion, Late Effect of Motor Vehicle Accident, Abrasion of Lower Limb, Whiplash Injury to Neck |

## Discharge Instructions

Discharge Instructions
Discharge Instructions

# Follow up at Greater Danbury health center at 70 Main St.

# Motor Vehicle Collision

It is common to have multiple bruises and sore muscles after a motor vehicle collision (MVC). These tend to feel worse for the first 24 hours. You may have the most stiffness and soreness over the first several hours. You may also feel worse when you wake up the first morning after your collision. After this point, you will usually begin to improve with each day. The speed of improvement often depends on the severity of the collision, the number of injuries, and the location and nature of these injuries.

# HOME CARE INSTRUCTIONS

- Put ice on the injured area.
- Put ice in a plastic bag.
- Place a towel between your skin and the bag.
- Leave the ice on for 15 to 20 minutes, 3 to 4 times a day.
- Drink enough fluids to keep your urine clear or pale yellow. **Do not** drink alcohol.



8/14/2020

To Whom It May Concern:

Clifford Williams asked me to contact the Main Street Chiropractic Office on Main Street in Danbury Connecticut to confirm that he has been staying outside their facility in his wheelchair due to being homeless. I can confirm that the office manager there did indeed confirm that he is often there, appears to be homeless and has stayed there during the winter months as well.

I'm sure he would greatly appreciate any assistance you can give him to expedite getting into housing.

Sincerely,

*Heidi Sorensen LCSW*

Heidi Sorensen LCSW

20 York Street
New Haven, CT 06510-3202



OFFICE OF THE ATTORNEY GENERAL
CONNECTICUT

*Tel: (860) 808-5318*
*Fax: (860) 808-5387*

July 26, 2021

Clifford Williams
88 Main St. (Augustana Homes)
Danbury, CT 06810

Dear Mr. Williams:

Thank you for taking the time to contact the Office of the Attorney General with your questions and concerns. This letter is to confirm that we have received your inquiry. My office reviews each letter carefully to determine whether we can assist in resolving the matter. We may refer your inquiry to another agency where appropriate. Since my office receives a high volume of inquiries, please allow sufficient time for review of your matter.

My Office represents our state in enforcing laws designed to protect the public from deceptive or unfair practices. The Office of Attorney General cannot represent individuals. If you have any questions concerning your legal rights or responsibilities, you should contact a private attorney. Information submitted to the Office of Attorney General may be considered public information subject to disclosure under the Connecticut Freedom of Information Act, Connecticut General Statutes Section 1-200 et seq.

Your inquiry, recorded as Public Inquiry PI2102915, has been assigned to the Consumer Protection Department within the Attorney General's Office. The phone number for this department is 860-808-5410.

Again, thank you for contacting my Office. If you wish to provide any additional information relating to your letter, please refer to the Public Inquiry number indicated above.

Very truly yours,

William Tong

MacKenzie Hall
110 Sherman Street
Hartford, Connecticut 06105-2294
*An Affirmative Action/Equal Opportunity Employer*



**New England**

**U.S. Department of Housing and Urban Development**

Office of Fair Housing & Equal Opportunity
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street
Boston, Massachusetts 02222-1092

July 29, 2021

Glifford Williams

Subject:      HUD Inquiry 654992

Dear Complainant Williams:

Thank you for contacting this office regarding your discrimination claims. To process your inquiry, HUD must assess whether your allegations of discrimination can be investigated under the jurisdictional requirements of the Fair Housing Act. Please see the enclosed information on HUD's inquiry-assessment process.

During this assessment, you may be required to: answer questions and provide requested documentation; return phone calls, emails and any other correspondence; and provide any other documentation necessary evaluate your allegations. Please ensure that this office has your current contact information and keep us advised of any changes. Failure to cooperate may result in the closure of your inquiry.

I have been assigned to gather the information HUD needs to process your inquiry. Your collaboration is essential. **Please contact me as soon as possible at <u>karlyn.e.greene@hud.gov</u>** to begin the assessment of your claims.

Sincerely,

Karlyn Greene
Equal Opportunity Specialist

Enclosure: Intake Process Overview



## Regarding your recent correspondence with the Department of Justice
1 message

**Complaint, ADA (CRT)** <ADA.Complaint@usdoj.gov>                    Wed, Aug 25, 2021 at 11:47 AM
To: Clifford Williams <cliffordwilliams101@gmail.com>

<u>**YOU HAVE SENT A MESSAGE TO AN UNATTENDED MAILBOX**</u>.

If you would like to file an ADA complaint with the U.S. Department of Justice, please use our online complaint form available on the Department's ADA Website at www.ada.gov

Complaints may also be mailed or faxed to the Disability Rights Section at:

U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Civil Rights Division
Disability Rights Section
Washington, D.C. 20530
(202) 307-1197 (fax)



## OEJ SP# 6800 - Harassment and Exposure to Chemicals

2 messages

**EJHotline** <EJHotline@epa.gov>                                        Tue, Aug 31, 2021 at 11:55 AM
To: cliffordwilliams101@gmail.com <cliffordwilliams101@gmail.com>
Cc: Farrell, Ericka <Farrell.Ericka@epa.gov>

Dear Clifford Williams:


You recently contacted this office informing us that there is public corruption by local officials—City Hall, the Mayor and Police—in the city of Danbury. You also stated that you are being harassed and subjected to chemicals.


Your issues do not fall under the jurisdiction of this office or the Environmental Protection Agency. In this regard, you may wish to continue to work with the U.S. Department of Justice and perhaps to contact your state's Senator.


Regarding your claim that the management staff of Augustina Homes is subjecting you to chemicals, please contact Poison Control at 1(800) 222-1222.


As you state you are 67-years old and disabled, you may wish to contact Connecticut Protective Services for the Elderly at (888) 385-4225.


In addition, The U.S. Department of Housing and Urban Development's (HUD) website provides information concerning tenant rights, laws, and protections for all 50 U.S. states as well as its territories. Please click this link for a list of state resources. Once at your state's page, scroll down until you see the "I Want to" and then choose "Get Rental Help." From there, you should find the option "Other (your state) Resources" (in red) containing information about housing—and other housing resources, including legal assistance, if qualified.


Thank you for your interest in the EPA's Environmental Justice program.


**Hotline Support**



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
## Office for Civil Rights

New England Region  ● Government Center,  Room 1875
J.F. Kennedy Federal Bldg,  ● Boston, MA 02203-0002
Voice: (800) 368-1019 ● TDD: (800) 537-7697
Fax: (617) 565-3809 ● www.hhs.gov/ocr

June 29, 2023

Clifford Williams
88 Main Street, Apt 4A
Danbury, CT 06810

OCR Transaction Number: 01-23-524529

Williams, Clifford v Danbury Police Department

Dear Mr. Clifford Williams:

On March 30, 2023, the U.S. Department of Health and Human Services (HHS), Office for Civil Rights (OCR) received your complaint.  We apologize for the delay in our response.

OCR enforces Federal civil rights laws that prohibit discrimination based on race, color, national origin, disability, age, or sex (including sexual orientation and gender identity) in health and human services programs that receive Federal financial assistance from HHS. Additionally, OCR has jurisdiction over discrimination on the basis of disability in programs and activities conducted by HHS, and health and human services programs administered by state and local public entities.  OCR also enforces the Health Insurance Portability and Accountability Act (HIPAA) Privacy, Security and Breach Notification Rules.

OCR does not have jurisdiction over Danbury Police Department and therefore has no authority to investigate your complaint.  For that reason, we are closing your complaint. While we recognize that this is not the outcome you sought, we are unable to take further action regarding the issue(s) you have raised.

We regret that we are unable to assist you in this matter.

Sincerely,

*Susan Pezzullo Rhodes*

Susan M. Pezzullo Rhodes
Regional Manager

00000004



**New England**

**U.S. Department of Housing and Urban Development**

Office of Fair Housing & Equal Opportunity
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street
Boston, Massachusetts 02222-1092

October 19, 2023

Clifford Williams
88 Main Street, 4A
Danbury CT, 06810
cliffordwilliams101@gmail.com

Subject:  *Williams v. Danbury Housing Authority, Augustana Homes*
          Inquiry No: 746253

Dear Complainant Williams:

.Thank you for contacting this office for an assessment of your discrimination claims. After careful consideration, HUD does not have the authority to investigate your claims under the jurisdictional requirements of the Fair Housing Act. Therefore, the inquiry has been closed and no further action will be taken on the matter. HUD does not investigate corruption or criminal conspiracies. For legal assistance, you should pursue advice, and or guidance from a private attorney.

Please be aware that you may contact this office in the future should any situation arise in which the Fair Housing Act is implicated or if you would like to provide further information. If you have any questions, please call (617) 994-8300 or (800) 827-5005.

Sincerely,

Lee Gonzalez
Intake Branch Chief



Phone: (617) 994-8300 / (800) 827-5005     Fax: (617) 565-7313     TTY: (800) 927-9275     Español: espanol.hud.gov

2



**New England**

**U.S. Department of Housing and Urban Development**

Office of Fair Housing & Equal Opportunity
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street
Boston, Massachusetts 02222-1092

July 17, 2024

Clifford Williams
88 Main Street, #4A
Danbury CT, 06810
Cliffordwilliams101@gmail.com

Subject:   *Williams v. Related Management Company*
           Inquiry No: 780584

Dear Claimant, Williams:

    Thank you for contacting this office for an assessment of your discrimination claims. After careful consideration, HUD does not have the authority to investigate your claims under the jurisdictional requirements of the Fair Housing Act. Therefore, the inquiry has been closed and no further action will be taken on the matter. You may contact HUD's Office of Multifamily Housing Programs at (800) 685-8470 to report your concerns about Augustana Homes.

    Please be aware that you may contact this office in the future should any situation arise in which the Fair Housing Act is implicated or if you would like to provide further information. If you have any questions, please call (617) 994-8300.

Sincerely,

Lee González
Intake Branch Chief



**Today is 11-1-2024 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the United States department of homeland security and the bureau of alcohol and tobacco and firearm and explosives and the United States postal service criminal investigation and the United States department of housing and urban development and the United States department of health and human services and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of related management company augustana homes Danbury 88 main street Danbury ct 06810**

3 messages

Clifford Williams <cliffordwilliams101@gmail.com>                                    Fri, Nov 1, 2024 at 1:15 PM
To: Clifford Williams <cliffordwilliams101@gmail.com>

From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street apartment 4a Danbury CT 06810,phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

To the

Re: For me Mr Clifford Williams complaining to your federal law enforcement agencies authorities on 10-31-2024 and I told you that all conspirators and co-conspirators are Hacking into my cellphone and doing illegal surveillance inside my rented apt 4a through the installing three hidden surveillance cameras Disguise as smoke detectors inside of my rented apt 4a and

The employees of related management company property manager Sandra Thompson and administrator assistance Shonda Ancrum and property manager Nelson E Vera and Recertification Specialist Jasmine Sanchez and regional manager Collean Toupin and regional vice president Heather Phillips and their maintenance men Joe wait and Chris and Dave once again are

criminally conspiring with members of the Danbury police department officials and officers and members and associates of Genovese crime family mobsters and some members of Dominican Republic nationalist criminal groups who are criminally conspiring with some Dominican Republic nationalist tenants Lenny apt 6a and Victor apt 8a and Esperanza apt 4b and their family and friends to use dangerous toxic chemicals fumes seeping into my apt 4a and having tenant Esperanza apt 4b family and friends come to her apt 4b and still stomping and dragging their chairs and tables across the floor and jumping up and down and dropping heavy objects on the floor and rolling heavy objects across the floor and coming outside in the parking lot in front of my apt 4a Bedroom outside window talking shit some time in English and sometimes Spanish, what they have learned through Hacking into my cellphone and what they have learned from the maintenance man Dave what I Mr Clifford Williams have been and still telling the federal law enforcement agencies authorities

About the federal criminal interference with fair housing rights tampering with a witness, victim and Retaliating against a witness, victim, abuse of authority and  Hostile environment harassment housing abuse, racial Discriminatory Terrorism, false imprisonment me in my rented apt 4a conspiracy that is still going on at the related management company augustana homes Danbury 88 main street Danbury ct
and the maintenance man Dave still intentionally park his pit up truck in front of my outside apt 4a outside window to Injure oppress threatening Intimidate harass and criminally conspiring with his family and friends to follow me to the bethel ct public library to continue to criminally conspire to Injure oppress threat Intimidate harass solicit murder for hire against me Mr Clifford Williams

And right now on 11-1-2024 I very fearful to go out side to go and get my apt rent money because the Dominican Republic nationalist tenants terrorists are criminally conspiring with members of Dominican Republic nationalist gangs members and associates from New York and New Jersey and Massachusetts comin to Danbury ct and waiting for me coming outside in my manual wheelchair as they are sitting in the little park on main street looking at me coming out and I have many evidences of this as well as tenant Esperanza apt 4b family and friends coming to the her apt 4b to intentionally to stamping Stomping and dragging their chairs and tables across the floor and jumping up and down and dropping heavy objects on the floor and rolling heavy objects across the floor every day and night and on Friday and Saturday and Sunday to criminally conspire to Injure oppress threat Intimidate harass and threatening me in the hallway of the building

Mr Clifford Williams tenant at the related management company augustana homes 88 main street Danbury ct.



**Today is 11-2-2024 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the United States department of homeland security and the bureau of alcohol and tobacco and firearm and explosives and the United States postal service criminal investigation and the United States department of housing and urban development and the United States department of health and human services and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810**

9 messages

Clifford Williams <cliffordwilliams101@gmail.com>                              Sat, Nov 2, 2024 at 1:07 AM
To: Clifford Williams <cliffordwilliams101@gmail.com>

From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT 068100, my phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

To the

Re: I Mr Clifford Williams when out of my apt 4a and the building about 4:00 pm to try to go to the bank call Webster bank 301 main street, Danbury ct  06810 but I stop 1st to the union savings bank 116 main street Danbury ct 06810 to see how much money that I have on my ATM account and get a Balance receipt because you can not take out no more than $ 600.00 d Dollar from the ATM at union savings bank account at the atm only so I try to go to the websbster bank but it was to late so I took the bus to Walmart and got some items and got back on the bus and when to the three brothers Diner on 242 white street Danbury ct 06810 but before when into the three brothers dinner Quick stop 241 white street Danbury ct 06810 across the street from the three brothers dinner after I have eating I went to the sonic drive in and use the bathroom as I came out of the bathroom their was a Dominican nationalist man sitting inside with is head down so I can not see his face and I went outside in front of sonic their was another Dominican Republic nationalist sitting with a Black ski mass over his head and face looking at me and I went to Walgreens across the street from the related management company augustana homes Danbury 88 main street Danbury ct building

And once again the employees of the related management company property manager Sandra Thompson and administrator assistance Shonda Ancrum and property manager Nelson E Vera and Recertification Specialist Jasmine Sanchez and regional manager Collean Toupin and regional vice president Heather Phillips and their maintenance men Joe wait and Chris and Dave are criminally conspiring with members and associates of Genovese crime family organized crime family mobsters and some of the members of the Danbury police department officials and officers to solicit some of the tenants who are Dominican Republic nationalist Esperanza apt 4b and Lenny apt 6a and Victor apt 8a and their family members and friends to criminally conspire with members and associates of organized criminals gangs Dominican nationalist groups from New York, New Jersey, Massachusetts, Connecticut to criminally conspire to Injure oppress threaten Intimidate harass solicit murder for hire against me because I am a African American senior citizen and I am physically disabled person who have to use a manual wheelchair to get round and because I am informing and exposing and gving information to and filing complaints to the

The federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the United States department of homeland security and the bureau of alcohol and tobacco and firearm and explosives and the United States postal service criminal investigation and the United States department of housing and urban development and the United States department of health and human services and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810

Anytime and everytime that go out of the building of the related management company augustana homes Danbury 88 main street Danbury ct building tenant Esperanza apt 4b and Lenny apt 6a and Victor apt 8a and their family members and friends would always be stalking me on the public street and go to hide in other tenants apartments in the building or to Dominican nationalist family members and friends home but always criminally conspiring with other Dominican Republic nationalist in Danbury ct To Hacking into my cellphones and do surveillance inside my apt 4a inside and outside with their cellphones because from 10-13-2020 thin the city of Danbury CT mayor Mark D Boughton before he became the new state of Connecticut commissioner of the department of Revenue service came to the related management company augustana homes Danbury 88 main street Danbury ct and criminally conspire with the related management company property manager Nelson E Vera and his maintenance man Joe wait illegally install three hidden



**Today is 12- 4 -2024 this is Mr Clifford Williams complaint to the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the United States department of homeland security and the bureau of alcohol and tobacco and firearm and explosives and United States postal inspectors criminal investigation and the federal trade commission and the federal communication commission and the United States department of health and human services and the United States department of housing and urban development and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810**

10 messages

---

Clifford Williams <cliffordwilliams101@gmail.com>                                    Wed, Dec 4, 2024 at 4:13 AI
To: Clifford Williams <cliffordwilliams101@gmail.com>

From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT 06810

To the

Re: As I Mr Clifford Williams sending you this email the criminal conspirators and co-conspirators are Hacking into my cellphones to learn who I am informing to about the federal criminal conspiracy offense crimes that the

The employees of related management company property manager Sandra Thompson and administrator assistance Shonda Ancrum and their maintenance man Dave are now using dangerous toxic chemicals fumes to seep inside my apt 4a Also using dangerous Carbon monoxide poisoning that is coming from the basement to Injure or to murder me inside my apt 4a it is done intentionally this why Leave one window open all year around  the maintenance man Dave to coerce pressuring me allow the criminal conspirators employees of the related management company property manager Sandra Thompson and administrator assistance Shonda Ancrum and regional manager Collean Toupin and regional vice president Heather Phillips to do socal inspection inside of rented apartment 4a only to steal the incriminating evidences evidences against the corrupt Rogue NYPD to stop a federal criminal investigation investigation about the February 26,1993 World trade center bombing in New York York city

ON 1I-22-2024 time 5:53 pm tenant Stephanie try to push me down the stairs to kill or Injure me and on 11-23-2024 time 1:20 pm I went to the Danbury police department to file a police report complaint but the Danbury police officer would not allow to police report complaint against against tenant tenant Stephanie and Stephanie because she the informat who is stealing my mail and doing surveillance inside and and outside for the Danbury police department officials and officers very day and and night and

After I told the employees of the related related company company company  that the only way they can do a inspection inside my rented apartment 4a after the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC civil rights division criminal section and criminal division officials investigators come to my rented apartment 4a to investigate why is their hidden surveillance cameras Disguise as smoke detectors inside of my rented apt 4a and who put the hidden surveillance cameras inside my rented apt 4a and why the conspirators allowing of tenants have Access to do surveillance inside of my rented apt 4a and monitoring me days and nights

And why is the Danbury police department officials and officers criminally conspiring with the employees of the related management company conspirators and some tenants to criminally conspiring to Injure oppress threaten Intimidate harass solicit murder for hire against tenant Mr Clifford Williams from 2020 through Present time 12-  -2024 and beyond And what involvement do the members and associates of organized crime family mobsters with the employees of related management company conspirators

And what criminal connection the new York city police department have with the employees of the related management company and the members and associates of organized crime family mobsters and who is stealing tenant Mr Clifford Williams mail out of his hallway mailbox and who is stalking tenant Mr Clifford Williams on Public street and also inside of tenant Mr Clifford Williams apt 4a and monitoring him nights and days

And why is the Dominican Republic nationalist tenants Lenny apt 6a and Victor apt 8a and woman apt 7a and Esperanza apt criminally conspiring with many Dominican Republic nationalist people trying to have Mr Clifford Williams Injure oppress threaten Intimidate



**Today is 12-18-2024 this is a complaint of Mr Clifford Williams to the ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC civil rights division criminal section and criminal division and the bureau of alcohol and tobacco and firearm and explosives and the United States department of homeland security and the United States postal service criminal investigation and the United States department of health and human services and the federal trade commission and the federal communication commission and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810**

5 messages

---

Clifford Williams <cliffordwilliams101@gmail.com>                                    Wed, Dec 18, 2024 at 1:30 AI
To: Nealy, Natalie <Natalie.Nealy@hud.gov>

From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT 06810,phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

To the ms Natalie Nealy of hud

Re: Here we go again to Prove an continuous criminal conspiracy to federal criminal interference with fair housing rights and Hostile environment hara ssment housing abuse and conspiracy to tampering with a witness and Retaliating against a witness and racial Discriminatory Terrorism at the related management company augustana homes Danbury 88 main street Danbury ct

I Mr Clifford Williams who is physically disabled senior citizen and a African American senior citizen who been living at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT from 10-13-2020 through Present time 12-17-2024 and the victim of of many years of intentionally criminal conspiracy to Injure, oppress, threaten, Intimidate, harass, solicit murder for hire against me Mr Clifford Williams tenant at the related management company augustana homes Danbury inside and outside of my apt 4a and the public street

By the employees of the related management company property manager Sandra Thompson and administrator assistance Shonda Ancrum and their maintenance man Dave and some of the tenants Esperanza apt 4b and Lenny apt 6a and Victor apt 8a and another woman apt 7a Dominican Republic nationalist tenants terrorists and white tenants Stephanie apt and John apt who is also conspiring with some members of the Danbury police department officials and members and associates of organized crime family mobsters from NY, NJ, MA, CT, and other employees of the related management company property manager Nelson E Vera and Recertification Specialist Jasmine Sanchez and regional manager Collean Toupin and regional vice president Heather Phillips and their maintenance men Joe wait and Chris and Dave

Who criminally conspiring to illegally install three hidden surveillance cameras Disguise as smoke detectors inside of tenant Mr Clifford Williams apt 4a that are still there and illegally inter tenant Mr Clifford Williams apt 4a and putting something very dangerous into his food and drinks and stealing personal property from his apt 4a
using dangerous toxic chemicals fumes to seep inside my apt 4a and to stealing my mall out of my mailbox and stalking me both inside and outside of my apt 4a and the public street and turning off my apt 4a water and Electricity and heat and hot water systems and throwing Rodents And insects into my apt 4a and Hacking into my cellphones to monitor and surveillance anybody in contact and installing outside window air conditioners above the handicap ramp in parking lot and non tenants to criminally conspire to Injure, oppress, threaten, Intimidate, harass and solicit murder for hire against tenant Mr Clifford

By cause tenant Mr Clifford Williams complaint to the federal law enforcement agencies authorities About overwhelming Public officials and private businesses partners officials and members and associates of organized family mobsters criminal offenses activities in the state of Connecticut and the municipal governments of the city of Danbury CT and the tampering with a witness, victim and Retaliating against a witness, victim who inform the federal law enforcement agencies authorities Mr Clifford Williams

And right now the employees of the related management company property manager Sandra Thompson and administrator assistance Shonda Ancrum and their maintenance man Dave and some of the tenants Esperanza apt 4b and Lenny apt 6a and Victor apt 8a and another woman apt 7a Dominican Republic nationalist tenants terrorists are criminally conspiring to Injure, oppress threaten, Intimidate,harass solicit murder for hire against me Mr Clifford Williams by



## Fwd: Today is 12-18-2024 this is a complaint of Mr Clifford Williams to the ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC civil rights division criminal section and criminal division and the bureau of alcohol and tobacco and firearm and explosives and the United States department of homeland security and the United States postal service criminal investigation and the United States department of health and human services and the federal trade commission and the federal communication commission and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810

1 message

**Clifford Williams** <cliffordwilliams101@gmail.com>                          Thu, Dec 19, 2024 at 2:15 PM
To: adult@bethellibrary.org

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Wed, Dec 18, 2024, 1:30 AM
Subject: Today is 12-18-2024 this is a complaint of Mr Clifford Williams to the ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC civil rights division criminal section and criminal division and the bureau of alcohol and tobacco and firearm and explosives and the United States department of homeland security and the United States postal service criminal investigation and the United States department of health and human services and the federal trade commission and the federal communication commission and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810
To: Nealy, Natalie <Natalie.Nealy@hud.gov>

From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT 06810,phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

To the ms Natalie Nealy of hud

Re: Here we go again to Prove an continuous criminal conspiracy to federal criminal interference with fair housing rights and Hostile environment hara ssment housing abuse and conspiracy to tampering with a witness and Retaliating against a witness and racial Discriminatory Terrorism at the related management company augustana homes Danbury 88 main street Danbury ct

I Mr Clifford Williams who is physically disabled senior citizen and a African American senior citizen who been living at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT from 10-13-2020 through Present time 12-17-2024 and the victim of of many years of intentionally criminal conspiracy to Injure, oppress, threaten, Intimidate, harass, solicit murder for hire against me Mr Clifford Williams tenant at the related management company augustana homes Danbury inside and outside of my apt 4a and the public street

By the employees of the related management company property manager Sandra Thompson and administrator assistance Shonda Ancrum and their maintenance man Dave and some of the tenants Esperanza apt 4b and Lenny apt 6a and Victor apt 8a and another woman apt 7a Dominican Republic nationalist tenants terrorists and white tenants Stephanie apt and John apt who is also conspiring with some members of the Danbury police department officials and members and associates of organized crime family mobsters from NY, NJ, MA, CT, and other employees of the related management company property manager Nelson E Vera and Recertification Specialist Jasmine Sanchez and regional manager Collean Toupin and regional vice president Heather Phillips and their maintenance men Joe wait and Chris and Dave



**Today is 12-19-2024 this is a complaint of Mr Clifford Williams to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the bureau of alcohol and tobacco and firearm and explosives and the United States department of homeland security and the United States postal service criminal investigation and the United States department of health and human services and the federal communication commission and the federal trade commission and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810**

5 messages

---

Clifford Williams <cliffordwilliams101@gmail.com>                    Thu, Dec 19, 2024 at 11:06 A
To: Clifford Williams <cliffordwilliams101@gmail.com>

From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT 06810, phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

To the

Re: I Mr Clifford Williams am going to have more legal problems with the new city of Danbury CT Chambers of commerce President ceo Maura Ruby who was the senior property manager of the Danbury fair mall who was one of the criminal conspirators who criminally conspiring with Mark D Boughton who now the state of Connecticut commissioner of the department of Revenue service who was the city of Danbury CT mayor for 20 years she had her Danbury fair mall security guards physically Assault at the the Danbury fair mall with the help of the Danbury police department officials and officers to cover up the physical assault and she also solicit many private persons to the same at the Danbury fair mall from 2016 through 2020

Now she is involved with the employees of the related management company augustana homes Danbury 88 main street Danbury ct property manager Sandra Thompson and administrator assistance Shonda Ancrum and their maintenance man Dave and property manager Nelson E Vera and Recertification Specialist Jasmine Sanchez and regional manager Colleen Toupin and regional vice president Heather Phillips and their maintenance men Joe wait and Chris and Dave and members and associates of organized crime family mobsters and members of the Danbury police department officials and officers and some of the tenants at the related management company augustana homes Danbury 88 main street Danbury ct

To intentionally criminal conspire to Injure oppress threaten Intimidate harass solicit murder for hire against me Mr Clifford Williams inside and outside of the related management company augustana homes Danbury 88 main street Danbury ct

Also Maura Ruby will Secretly solicit some body to move into the related management company augustana homes Danbury 88 main street apt 3a Danbury ct or another apt in the building to help continue with the federal criminal interference with fair housing rights conspiracy and I am legally warning the federal law enforcement agencies authorities

Mr Clifford Williams.

---

Clifford Williams <cliffordwilliams101@gmail.com>                    Thu, Dec 19, 2024 at 11:08 A
To: Nealy, Natalie <Natalie.Nealy@hud.gov>

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Thu, Dec 19, 2024, 11:06 AM
Subject: Today is 12-19-2024 this is a complaint of Mr Clifford Williams to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the bureau of alcohol and tobacco and firearm and explosives and the United States department of homeland security and the United States postal service criminal investigation and the United States department of health and human services and the federal communication commission and the federal trade commission and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief



Bethel Adult <adult@bethellibrary.org>

**Fwd: Today is 1-1-2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810**

1 message

**Clifford Williams** <cliffordwilliams101@gmail.com>                    Mon, Mar 31, 2025 at 1:48 PM
To: adult@bethellibrary.org

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Wed, Jan 1, 2025, 6:57 AM
Subject: Today is 1-1-2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810
To: Clifford Williams <cliffordwilliams101@gmail.com>

From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street Danbury ct 06810 my email address Cliffordwilliams101@gmail.com@gmail.com and my phone number 857-221-7494

To the

Re: First thing I have to inform you that the conspirators are Hacking my cellphones and monitoring and surveillance anything and everything on my cellphones illegally to
stop any and all federal law enforcement agencies authorities investigation into the criminal and civil wrongful activities of the conspirators and co-conspirators

On 12-31-2024 time 9:40 pm one the conspirators the employee of the related management company augustana homes Danbury maintenance man Dave who has and still criminally intentionally conspiring to Injure oppress threaten Intimidate harass solicit murder for hire against me Mr Clifford Williams tenant and told me many times he will shoot me with many his firearms that he has show up at augustana homes Danbury And once again to threatening and intimidating me parked his pit up truck in front of my outside apartment window to put me fear for my life

Please see evidence below

And once again I had to call the Danbury police department and the United States attorney office CT and Ms Natalie Nealy of hud and other federal law enforcement agencies authorities

The Danbury police department officers show up 12-31-2024 time 10-03 pm
Please see evidence below

The other co-conspirators soliciting the maintenance man Dave to criminally and civilly conspiring every day and night to Injure oppress threaten Intimidate harass and soliciting many Dominican Republic nationalist men and women in danbury ct and other states like NY, NJ, MA to come do
the same criminal and civil wrongful activities to me Mr Clifford Williams tenant because (1) I am a African American senior citizen (2) I am physically disabled person (3) I am informing the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights

10



**Bethel Adult <adult@bethellibrary.org>**

# Fwd: Today is 1-1-2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810

1 message

**Clifford Williams <cliffordwilliams101@gmail.com>**                 Mon, Jan 13, 2025 at 5:13 PM
To: adult@bethellibrary.org

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Wed, Jan 1, 2025, 7:05 AM
Subject: Fwd: Today is 1-1-2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810
To: <jblau@related.com>

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Wed, Jan 1, 2025, 6:57 AM
Subject: Today is 1-1-2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights



Bethel Adult <adult@bethellibrary.org>

# Fwd: Today is 1- 4 - 2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the bureau of alcohol and tobacco and firearm and explosives and the United States department of homeland security and the United States postal service criminal investigation and the United States department of health and human services and the federal communication commission and the federal trade commission and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810

1 message

**Clifford Williams** <cliffordwilliams101@gmail.com>
To: adult@bethellibrary.org

Mon, Jan 13, 2025 at 5:09 PM

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Sat, Jan 4, 2025, 7:18 AM
Subject: Fwd: Today is 1- 4 - 2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the bureau of alcohol and tobacco and firearm and explosives and the United States department of homeland security and the United States postal service criminal investigation and the United States department of health and human services and the federal communication commission and the federal trade commission and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana



Bethel Adult <adult@bethellibrary.org>

# Fwd: Today is 1-10-2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the bureau of alcohol and tobacco and firearm and explosives and the United States department of homeland security and the United States postal service criminal investigation and the federal communication commission and the federal trade commission and the United States department of health and human services and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810

1 message

**Clifford Williams** <cliffordwilliams101@gmail.com>
To: adult@bethellibrary.org

Mon, Jan 13, 2025 at 5:07 PM

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Sat, Jan 11, 2025, 9:03 PM
Subject: Fwd: Today is 1-10-2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the bureau of alcohol and tobacco and firearm and explosives and the United States department of homeland security and the United States postal service criminal investigation and the federal communication commission and the federal trade commission and the United States department of health and human services and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88

13



Bethel Adult <adult@bethellibrary\or

# Fwd: Today is 2-3-2025 this Mr Clifford Williams Response to the letter Notic of termination of my rented apartment 4a Lease agreement from David A Carlson esq of Fynn law group Ma,RI,Me,CT and your clients the related management company

message

Clifford Williams <cliffordwilliams101@gmail.com>                                    Mon, Feb 17, 2025 at 5:48 P
To: adult@bethellibrary.org

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Sun, Feb 2, 2025, 11:52 PM
Subject: Today is 2-3-2025 this Mr Clifford Williams Response to the letter Notice of termination of my rented apartment 4a Lease agreement from David A Carlson esq of Fynn law group Ma,RI,Me,CT and your clients the related management company
To: Clifford Williams <cliffordwilliams101@gmail.com>

From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT 06810, phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

To the

Re: on the da the state Connecticut Marshall officers Deliver to notice.
 Notice of of termination  of related management company augustana homes Danbury 88 main street Danbury ct rental Lease. agreement that you say in 15 days of Receiving this notice you and  your Client the related management company will start Proceedings of eviction against tenant Mr Clifford Williams

One you and your clients the related management company just conspire to commit and commit federal criminal offenses interference with fair housing rights, 42 usc section 3631

Two you and your clients just conspire to commit and commit federal criminal offenses tampering with and Retaliating against a witness, victim, citizen informant
18 usc sections 1512, 1513

Three you and your clients just commit and commit federal criminal offenses conspiracy to commit offense or defraud United States 18 usc section 371

Four you and your clients just commit and commit federal criminal offenses conspiracy against right, deprivation of rights under color of law 18 usc sections 241,242

On 6-6-2023 I Mr Clifford Williams with the help of my friend in another state file a federal civil rights division criminal section and federal criminal division section and federal national security division and from 6-6-2023 through Present time now their is a criminal investigation going on and you clients are criminally involved and you and your clients just Injure, oppress, threaten, Intimidate, harass, solicit murder for hire against me Mr Clifford Williams a witness, victim, citizen informant



**Fwd: Today is 2-9-2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of the United States department of housing and urban development and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC civil rights division criminal section and criminal division section and United States department of homeland security and the bureau of alcohol and tobacco and firearm and explosives and the United States postal service criminal investigation and the United States department of health and human services and the federal trade commission and the federal communication commission and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810**

1 message

**Clifford Williams** <cliffordwilliams101@gmail.com>                                    Mon, Mar 31, 2025 at 2:04 PM
To: adult@bethellibrary.org

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Sun, Feb 9, 2025, 4:21 PM
Subject: Today is 2-9-2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of the United States department of housing and urban development and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC civil rights division criminal section and criminal division section and United States department of homeland security and the bureau of alcohol and tobacco and firearm and explosives and the United States postal service criminal investigation and the United States department of health and human services and the federal trade commission and the federal communication commission and the hq nyc Manhattan NY NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810
To: Clifford Williams <cliffordwilliams101@gmail.com>

From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT 06810,phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

Re: First thing first this email information that I am sending you is being hack by all conspirators and co-conspirators illegally surveillance and monitoring any and all information that I am sending you The conspirators and co-conspirators are criminally conspiring to computer fraud and abuse act (cfaa)federal law cyber crime including Hacking into my cellphones 18 usc section 1030

The conspirators and co-conspirators are criminally conspiring to obstructing a federal criminal investigation from 6-6-2023 through Present time now.     -  - 2025 that including the employees of the related management company property manager Sandra Thompson and administrator assistance Shonda Ancrum and their maintenance man Dave who have two pick up trucks License plates numbers BB-73777CT and C-381910CT and property manager Nelson E Vera and Recertification Specialist Jasmine Sanchez and their maintenance man Joe wait and regional manager Collean Toupin and regional vice president Heather Phillips and some tenants of the related management company augustana homes Danbury 88 main street Danbury ct Esperanza apt 4b and Lenny apt 6a and Victor apt 8a and another tenant apt 7a Dominican Republic nationalist and two other tenants Stephanie apt 4 floor who is a Danbury police department Confidential informant and John who have car license plates numbers
471-cvp ct who is a member and associates of organized crime family mobsters the Genovese crime family mobsters in New York, New Jersey, Massachusetts, Connecticut, and members of the Danbury police department officials and officers and state of Connecticut commissioner of the department of Revenue service Mark D Boughton who was the city of Danbury CT mayor for 22 years and members of the NYPD police department officials and officers and members of the jersey city NJ police department and the Bayonne NJ police department officials and officers and public officials in New York, New Jersey, Massachusetts,



Bethel Adult <adult@bethellibrary.org

# Fwd: Today is 2- 16 -2025 this is Mr Clifford Williams to the federal bureau of Investigation and the United States department of Justice criminal division and civil rights division criminal section and the national security

message

Clifford Williams <cliffordwilliams101@gmail.com>                    Mon, Feb 17, 2025 at 5:38 PI
To: adult@bethellibrary.org

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Sun, Feb 16, 2025, 7:56 PM
Subject: Today is 2- 16 -2025 this is Mr Clifford Williams to the federal bureau of investigation and the United States department of Justice criminal division and civil rights division criminal section and the national security
To: <nsd.ovt@usdoj.gov>

From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT 06810, phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

Re: do you remember on 2-9-2025 I Mr Clifford Williams email you information of the corrupt Rogue members of the NYPD occb and NYPD acid criminally involvement with two NYPD criminal Confidential informants Eddy Santiago and middle eastern terrorist Rashid Baz aka Ray criminally conspiring with members of Middle eastern terrorist conspire to kill many people and conspire to kill the United States president and I try very hard to legally warn the federal and state and local law enforcement agencies authorities only

To be corruptly sit up, frame up, falsely arrested, falsely prosecuted, and found not guilty And myself and my lawyer filed a civil rights lawsuit against all conspirators and myself and my lawyer went to the federal bureau of investigation and filed a federal criminal civil rights complaint against all conspirators and I got a Correspondent letter from the city of new York police corruption commission wanted me to testify

And of this outrageous overwhelming continuous concealed heinous egregious criminal activities of all of the conspirators and co-conspirators illegally criminally conspiring to to protect two NYPD criminal Confidential informants Eddy Santiago and Rashid Baz aka involvement with the February 26,1993 nyc Manhattan NY world trade center bombing that killed six people and wounded thousands people and the new York city Brooklyn bridge shooting that killed one kid and wounded three kid march 1, 1994 and the two NYPD police officers who killed a federal defense witness for the Boston MA federal pretrial Detainee defendant Clifford Williams to tampering with a witness October 10, 1995 and the June 27 the international leaking of NYPD criminal Confidential informant Eddy Santiago to have him get killed by organized criminals gangs in the bronx NY

And Mr Clifford Williams ex wife NYPD police officer Sally Ann Osborn at the center of all of his                    16

Because I Mr Clifford Williams try to legally warn the federal and state and local law enforcement agencies authorities About two NYPD criminal Confidential informants Eddy Santiago and Rashid Baz aka Ray secret audio tapes recordering incriminating conversations evidences about the two NYPD criminal Confidential informants Eddy Santiago and Rashid Baz aka Ray criminally conspiring with middle eastern terrorist who was

**Bibliomation** inc.

## Fwd: Today is 2- 16 -2025 this is Mr Clifford Williams to the federal bureau of investigation and the United States department of Justice criminal division and civil rights division criminal section and the national security

1 message

**Clifford Williams** <cliffordwilliams101@gmail.com>                                         Thu, Apr 3, 2025 at 2:12 PM
To: adult@bethellibrary.org

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Sun, Feb 16, 2025, 7:56 PM
Subject: Today is 2- 16 -2025 this is Mr Clifford Williams to the federal bureau of investigation and the United States department of Justice criminal division and civil rights division criminal section and the national security
To: <nsd.ovt@usdoj.gov>

From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT 06810, phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

Re: do you remember on 2-9-2025 I Mr Clifford Williams email you information of
the corrupt Rogue members of the NYPD occb and NYPD acid criminally involvement with two NYPD criminal Confidential informants Eddy Santiago and middle eastern terrorist Rashid Baz aka Ray criminally conspiring with members of Middle eastern terrorist conspire to kill many people and conspire to kill the United States president and I try very hard to legally warn the federal and state and local law enforcement agencies authorities only

To be corruptly sit up, frame up, falsely arrested, falsely prosecuted, and found not guilty And myself and my lawyer filed a civil rights lawsuit against all conspirators and myself and my lawyer went to the federal bureau of investigation and filed a federal criminal civil rights complaint against all conspirators and I got a Correspondent letter from the city of new York police corruption commission wanted me to testify

And of this outrageous overwhelming continuous concealed heinous egregious criminal activities of all of the conspirators and co-conspirators illegally criminally conspiring to to protect two NYPD criminal Confidential informants Eddy Santiago and Rashid Baz aka involvement with the February 26,1993 nyc Manhattan NY world trade center bombing that killed six people and wounded thousands people and the new York city Brooklyn bridge shooting that killed one kid and wounded three kid march 1, 1994 and the two NYPD police officers who killed a federal defense witness for the Boston MA federal pretrial Detainee defendant Clifford Williams to tampering with a witness October 10, 1995 and the June 27 international leaking of NYPD criminal Confidential informant Eddy Santiago to have him get killed by organized criminals gangs in the bronx NY

And Mr Clifford Williams ex wife NYPD police officer Sally Ann Osborn at the center of all of his

Because I Mr Clifford Williams try to legally warn the federal and state and local law enforcement agencies authorities About two NYPD criminal Confidential informants Eddy Santiago and Rashid Baz aka Ray secret audio tapes recordering incriminating conversations evidences about the two NYPD criminal Confidential informants Eddy Santiago and Rashid Baz aka Ray criminally conspiring with middle eastern terrorist who was conspiring to killed many Americans people and the conspiring to killed the United States president

Coerce pressuring and duress and Undue influence to force a federal pretrial Detainee defendant Clifford Williams to falsely plea guilty by NYPD after killing his witness for the defense and threatening to killed his ex wife's and children if he do not 1997

And after Mr Clifford Williams was released from federal prison from 8-6-1999 through Present time now The NYPD and the Manhattan district attorney investigators solicit Mr Clifford Williams ex wife Sally Ann Osborn a NYPD police officer do surveillance and monitoring me Mr Clifford Williams from New York, New Jersey, Massachusetts, Connecticut And the NYPD criminally conspiring with members of the jersey city NJ police department and Bayonne NJ police department and the Boston MA police department and the Danbury ct police department and members and associates of organized crime family mobsters and public officials NY, NJ, MA, CT conspirators to coerce pressuring out of each state because all of the conspirators and co-conspirators from 1986 through Present time now 2025 know that their is no status of Limitations for murder and terrorism that people was killed

17



Bethel Adult <adult@bethellibrary.org>

## Fwd: Today is 2- 16 -2025 this is Mr Clifford Williams to the federal bureau of investigation and the United States department of Justice criminal division and civil rights division criminal section and the national security

1 message

**Clifford Williams** <cliffordwilliams101@gmail.com>                    Wed, Feb 26, 2025 at 3:11 PM
To: adult@bethellibrary.org

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Sun, Feb 16, 2025, 7:56 PM
Subject: Today is 2- 16 -2025 this is Mr Clifford Williams to the federal bureau of investigation and the United States department of Justice criminal division and civil rights division criminal section and the national security
To: <nsd.ovt@usdoj.gov>

From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT 06810, phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

Re: do you remember on 2-9-2025 I Mr Clifford Williams email you information of
the corrupt Rogue members of the NYPD occb and NYPD acid criminally involvement with two NYPD criminal Confidential informants Eddy Santiago and middle eastern terrorist Rashid Baz aka Ray criminally conspiring with members of Middle eastern terrorist conspire to kill many people and conspire to kill the United States president and I try very hard to legally warn the federal and state and local law enforcement agencies authorities only

To be corruptly sit up, frame up, falsely arrested, falsely prosecuted, and found not guilty And myself and my lawyer filed a civil rights lawsuit against all conspirators and myself and my lawyer went to the federal bureau of investigation and filed a federal criminal civil rights complaint against all conspirators and I got a Correspondent letter from the city of new York police corruption commission wanted me to testify

And of this outrageous overwhelming continuous concealed heinous egregious criminal activities of all of the conspirators and co-conspirators illegally criminally conspiring to to protect two NYPD criminal Confidential informants Eddy Santiago and Rashid Baz aka involvement with the February 26,1993 nyc Manhattan NY world trade center bombing that killed six people and wounded thousands people and the new York city Brooklyn bridge shooting that killed one kid and wounded three kid march 1, 1994 and the two NYPD police officers who killed a federal defense witness for the Boston MA federal pretrial Detainee defendant Clifford Williams to tampering with a witness October 10, 1995 and the June 27 the international leaking of NYPD criminal Confidential informant Eddy Santiago to have him get killed by organized criminals gangs in the bronx NY

And Mr Clifford Williams ex wife NYPD police officer Sally Ann Osborn at the center of all of his

Because I Mr Clifford Williams try to legally warn the federal and state and local law enforcement agencies authorities About two NYPD criminal Confidential informants Eddy Santiago and Rashid Baz aka Ray secret audio tapes recordering incriminating conversations evidences about the two NYPD criminal Confidential informants Eddy Santiago and Rashid Baz aka Ray criminally conspiring with middle eastern terrorist who was conspiring to killed many Americans people and the conspiring to killed the United States president

Coerce pressuring and duress and Undue influence to force a federal pretrial Detainee defendant Clifford Williams to falsely plea guilty by NYPD after killing his witness for the defense and threatening to killed his ex wife's and children if he do not 1997

And after Mr Clifford Williams was released from federal prison from 8-6-1999 through Present time now The NYPD and the Manhattan district attorney investigators solicit Mr Clifford Williams ex wife Sally Ann Osborn a NYPD police officer do surveillance and monitoring me Mr Clifford Williams from New York, New Jersey, Massachusetts, Connecticut And the NYPD criminally conspiring with members of the jersey city NJ police department and Bayonne NJ police department and the Boston MA police department and the Danbury ct police department and members and associates of organized crime

18



Bethel Adult <adult@bethellibrary.or

---

Fwd: Today is 2- 17 -2025 this is Mr Clifford Williams complaint to Ms Natalie
Nealy of hud and the federal bureau of investigation and the United States
attorney office CT and the United States department of Justice Washington
DC criminal division and civil rights division criminal section and the bureau
of alcohol and tobacco and firearm and explosives and the United States
postal service criminal investigation and the federal trade commission and
the federal communication commission and the United States department of
health and human services and the hq nyc Manhattan NY related
management company owner Stephen m Ross and president Bruce Beal Jr
and vice president Eric Fordin and chief executive officer Jeff Blau the
landlord of the related management company augustana homes Danbury 88
main street Danbury ct 06810. (1)

message

---

Clifford Williams <cliffordwilliams101@gmail.com>                     Mon, Feb 17, 2025 at 5:42
To: adult@bethellibrary.org

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Sat, Feb 15, 2025, 6:30 AM
Subject: Today is 2- -2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal
bureau of investigation and the United States attorney office CT and the United States department of Justice
Washington DC criminal division and civil rights division criminal section and the bureau of alcohol and tobacco
and firearm and explosives and the United States postal service criminal investigation and the federal trade
commission and the federal communication commission and the United States department of health and
human services and the hq nyc Manhattan NY related management company owner Stephen m Ross and
president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the
related management company augustana homes Danbury 88 main street Danbury ct 06810. (1)
To: Clifford Williams <cliffordwilliams101@gmail.com>

Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street
apartment 4a Danbury CT 06810 and phone number 857-221-7494 and my email address
Cliffordwilliams101@gmail.com@gmail.com

The first thing first this email information that I am sending you is being hack by all conspirators and co-
conspirators illegally surveillance and monitoring any and all information and communications to the federal law
enforcement agencies authorities and the

Re: when a private landlord employees  property managers and maintenance men and police and  state public
officials conspiring to evict a federal witness tenant to stop a federal criminal investigation they could face
federal criminal  charges.
This is because interference with a federal criminal investigation is a federal crime commit by the landlord



Bethel Adult <adult@bethellibrary.org>

---

**Fwd: Today is 2- 22 -2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the bureau of alcohol and tobacco and firearm and explosives and the United States postal service criminal investigation and the federal trade commission and the federal communication commission and the United States department of health and human services and the hq nyc Manhattan NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810. (1)**

1 message

---

**Clifford Williams** <cliffordwilliams101@gmail.com>                    Wed, Feb 26, 2025 at 3:01 PM
To: adult@bethellibrary.org

---

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Sat, Feb 22, 2025, 5:28 AM
Subject: Fwd: Today is 2- 22 -2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the bureau of alcohol and tobacco and firearm and explosives and the United States postal service criminal investigation and the federal trade commission and the federal communication commission and the United States department of health and human services and the hq nyc Manhattan NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810. (1)
To: <internalaffairs@danbury-ct.gov>

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Sat, Feb 15, 2025, 6:30 AM
Subject: Today is 2- -2025 this is Mr Clifford Williams complaint to Ms Natalie Nealy of hud and the federal bureau of investigation and the United States attorney office CT and the United States department of Justice Washington DC criminal division and civil rights division criminal section and the bureau of alcohol and tobacco and firearm and explosives and the United States postal service criminal investigation and the federal trade commission and the federal communication commission and the United States department of health and human services and the hq nyc Manhattan NY related management company owner Stephen m Ross and president Bruce Beal Jr and vice president Eric Fordin and chief executive officer Jeff Blau the landlord of the related management company augustana homes Danbury 88 main street Danbury ct 06810. (1)
To: Clifford Williams <cliffordwilliams101@gmail.com>

Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street apartment 4a Danbury CT 06810 and phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

The first thing first this email information that I am sending you is being hack by all conspirators and co-conspirators illegally surveillance and monitoring any and all information and communications to the federal law enforcement agencies authorities and the

20



**Bibliomation** INC.

Bethel Adult <adult@bethellibrary.org>

---

## Fwd: Today is 3-12-2025 this Mr Clifford Williams complaint to Ms Natalie Nealy of hud
1 message

---

**Clifford Williams** <cliffordwilliams101@gmail.com>
To: adult@bethellibrary.org

Thu, Apr 3, 2025 at 2:00 PM

---

---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Wed, Mar 12, 2025, 11:26 PM
Subject: Today is 3-12-2025 this Mr Clifford Williams complaint to Ms Natalie Nealy of hud
To: Nealy, Natalie <Natalie.Nealy@hud.gov>


From Mr Clifford Williams at the related management company augustana homes Danbury 88 main street apt 4a Danbury CT 06810 ,phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

By now you know I was service with notice to Quit and on 3-13-2025 the related management company property manager going to termination of my lease agreement

So I am i kick off the Elderly, disabled rental assistance program by the United States department of housing and urban development and do I get a hearing about the related management company property managers ,maintenance man and some of the tenants ,police, organized crime family mobsters conspiracy to abuse of authority and Hostile housing environment right and racial ,disable, man Discriminatory Terrorism and other federal laws

And all conspirators knew from 6-6-2023 I filed a federal civil rights division criminal section investigation with the United States department of Justice Washington DC civil rights division criminal section investigation against the employees of the related management company property managers, maintenance men and some tenants and police and members and associates of organized crime family mobsters

And I send you email evidences

So what is going on?

Ps I paid my rent money

Mr Clifford Williams



Bethel Adult <adult@bethellibrary.org>

## Fwd: Today is 4-2-2025 this is Mr Clifford Williams complaint to the federal bureau of investigation and United States attorney office CT and United States department of Justice Washington DC criminal division and civil rights division criminal section...

1 message

**Clifford Williams** <cliffordwilliams101@gmail.com>                    Thu, Apr 3, 2025 at 1:38 PM
To: adult@bethellibrary.org

---------- Forwarded message ---------
From: **Institute for Justice** <instituteforjustice@ij.org>
Date: Wed, Apr 2, 2025, 2:38 PM
Subject: RE: Today is 4-2-2025 this is Mr Clifford Williams complaint to the federal bureau of investigation and United States attorney office CT and United States department of Justice Washington DC criminal division and civil rights division criminal section...
To: Clifford Williams <cliffordwilliams101@gmail.com>


Thanks for writing. If you haven't already, and would like to submit this as a potential case for IJ to review, I would recommend filling out our potential case form found here: https://ij.org/report-abuse. This is the best way for us to gather more information about your case and assess whether or not this something we can help you with.


Team IJ


**From:** Clifford Williams <cliffordwilliams101@gmail.com>
**Sent:** Wednesday, April 2, 2025 4:50 AM
**To:** Institute for Justice <instituteforjustice@ij.org>
**Subject:** Fwd: Today is 4-2-2025 this is Mr Clifford Williams complaint to the federal bureau of investigation and United States attorney office CT and United States department of Justice Washington DC criminal division and civil rights division criminal section...


---------- Forwarded message ---------
From: **Clifford Williams** <cliffordwilliams101@gmail.com>
Date: Wed, Apr 2, 2025, 4:02 AM
Subject: Today is 4-2-2025 this is Mr Clifford Williams complaint to the federal bureau of investigation and United States attorney office CT and United States department of Justice Washington DC criminal division and civil rights division criminal section and United States department of homeland security and bureau of alcohol and tobacco and firearm and explosives and the United States postal service criminal investigation and federal trade commission and federal communication commission and United States department of housing and urban development and United States department of health and human services
To: Clifford Williams <cliffordwilliams101@gmail.com>


From Mr Clifford Williams tenant at the related management company augustana homes Danbury 88 main street Danbury ct 06810 ,phone number 857-221-7494 and my email address Cliffordwilliams101@gmail.com@gmail.com

22

First thing first this email information that I am sending you is being hack by all conspirators and co-conspirators illegally surveillance and monitoring any and all information that I am sending you is a federal crimes of title 18 usc section 1030 and 18

**SUMMONS**
**SUMMARY PROCESS (EVICTION)**
JD-HM-32   Rev. 4-19
C.G.S. § 51-348; P.B. § 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**NOTICE TO OCCUPANT(S) NOT NAMED ON THE SUMMONS**
If you claim to have a right to continue to occupy the premises you should complete and file with the clerk's office a *Claim of Exemption* (form JD-HM-3) as soon as possible. You can get the *Claim of Exemption* from the clerk at the address listed below or online at *www.jud.ct.gov*.

**Instructions:**
*1. Type or print legibly. If you are a self-represented party, this form must be signed by a clerk of the court.*
*2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each copy of the summons must show who signed the summons and when it was signed. Also, if there are more than two plaintiffs or four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the complaint.*
*3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint.*
*4. After service has been made by a proper officer, file the original papers and the officer's return with the clerk of court.*

*For more information on Summary Process (Eviction) Cases and to find the correct court location to file this case, see Rights and Responsibilities of Landlords and Tenants in Connecticut (form JDP-HM-31) or visit jud.ct.gov/faq/landlord.html.*

**For information on ADA accommodations, contact a court clerk or go to www.jud.ct.gov/ADA.**

**TO:** Any proper officer; by authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

**Return Date** *(Month, day, year) (Any day but Sundays and legal holidays)* **03/28/2025**

| | At *(Town)* | Case Type *(From Judicial Branch code list)* |
|---|---|---|
| [X] Judicial District | **Danbury** | Major **H**   Minor **00** |
| [ ] Housing Session | | |

Address of court *(Number, street, town and zip code)*
**146 White Street, Danbury, CT 06810**

Telephone number of clerk
**203-207-8600**

Number of plaintiffs: **1**     Number of defendants: **1**     [ ] Form JD-CV-2 attached for additional parties

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: **Related Management Company, L.P., managing agent for AH-Danbury Acquisition, LLC** | P-01 |
| | Address: **88 Main Street, Danbury, CT 06810** | |
| Additional plaintiff | Name: | P-02 |
| | Address: | |
| First defendant | Name: **Clifford Williams** | D-01 |
| | Address: **88 Main Street, Apt. 4A, Danbury, CT 06810** | |
| Additional defendant | Name: | D-02 |
| | Address: | |
| Additional defendant | Name: | D-03 |
| | Address: | |
| Additional defendant | Name: | D-04 |
| | Address: | |

## Notice to each defendant

1. **You are being sued** for possession of the premises you occupy.
2. This paper is a summons in a summary process (eviction) action.
3. The complaint attached to these papers states the grounds for eviction claimed by the plaintiff.
4. To respond to this summons, or to be notified of further proceedings, you or your attorney must file a form called an *Appearance* (form JD-CL-12) with the clerk at the above court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a timely written *Appearance* form, a judgment may enter against you by default. If that happens, the plaintiff will have the right to evict you from the premises.

6. You can get the *Appearance* (form JD-CL-12) at the court address above or online at *www.jud.ct.gov*.
7. Each court location can give you an informational pamphlet (JDP-HM-15) explaining the summary process (eviction) action and an *Answer* (form JD-HM-5) so that you may file an answer to the plaintiff's claims. You can also get the pamphlet and *Answer* form online at *www.jud.ct.gov*.
8. If you have questions about the summons and complaint, you should talk to an attorney promptly. The clerk of court is not allowed to give advice on legal questions; however, in Housing Session locations only, the clerk can give procedural assistance to all self-represented parties.

| Date **3/14/25** | Signed *(Sign and "X" proper box)* | [X] Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| | | [ ] _____ Clerk | **David A. Carlson, Esq** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Telephone number | Juris Number *(If attorney or law firm)* |
|---|---|---|
| **Flynn Law Group, 185 Devonshire Street, Suite 401, Boston, MA 02110** | **617-988-0633** | **436127** |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   [ ] Yes [X] No

Signature of Plaintiff *(if self-represented)*

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed to)*
**David@FlynnLaw-ne.com**

*For Court Use Only*

| | Receipt | [ ] No Fee |
|---|---|---|

**If this summons is signed by a clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to see that service is made in the manner provided by law.
c. The clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons and complaint.

File Date

A True Copy
Attest:
Joseph J.A. Felner, Jr.
Connecticut State Marshal
Fairfield County

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date signed | Docket Number |
|---|---|---|---|

RETURN DATE: MARCH 28, 2025        :       SUPERIOR COURT

                                   :

RELATED MANAGEMENT COMPANY, L.P.,  :
MANAGING AGENT FOR AH-DANBURY
ACQUISITION, LLC

                                   :       J.D. OF DANBURY

VS                               :

CLIFFORD WILLIAMS               :       MARCH 14, 2025

COMPLAINT

**COUNT ONE:**

    1.     The Plaintiff entered into a written renewable lease agreement with Defendant for the rental of the apartment known as 88 Main Street, Apt. 4A, Danbury, CT 06810, for an initial term of Twelve (12) months. ("Lease").

    2.     Defendant took possession of the premises under the Lease and still occupies the premises.

    3.  The Defendant is in material non-compliance with the terms of the former Lease for violation of the following provisions:  Lease Paragraph 13(b), for failing to comply with all obligations imposed upon TENANTS under applicable provisions of building and housing codes materially affecting health and safety with respect to said premises and appurtenances; and, Paragraph 13(c) for failing to not use the premises for any purpose deemed hazardous by insurance companies carrying insurance thereon; and Paragraph 25(c) for failing to comply with the House Rules including but not limited to the resident conduct rule.

    4.    ***Specifically,*** it has been reported to Management that you have been involved in multiple incidents disturbing other residents. On or about November 25, 2024, management was forced to call the police due to your harassment. You made threats against management and on several occasions called the office (as noted on caller ID) calling staff a "bitch" and hung up. On

or about December 31, 2024 you made multiple calls to law enforcement in which you were documented acting erratically. However, you refused to allow law enforcement entry when they arrived to do a wellness check. Your actions towards staff and other residents are affecting the health and safety of staff and residents.

     5.     As a result the Plaintiff caused a pretermination (*Kapa*) notice to be served upon the Defendant on or about January 30, 2025 (See pretermination (*Kapa*) notice attached as Exhibit A and incorporated herein by reference).

     6.     After service of the pertermination (Kapa) notice, the Defendant failed to correct his lease violations.

     7.     As the Defendant failed to correct the Lease violations, the Plaintiff caused a notice to quit possession to be served, on February 21, 2025, on the Defendant to vacate the premises on or before March 12, 2025 as required by law (See Notice to quit attached as Exhibit B and incorporated herein by reference).

     8.     Although the time designated in the notice to quit possession of said premises has passed, the Defendant still remains in possession and continues to violate the terms of the lease.

## COUNT TWO:

     1-2.     Paragraphs 1 and 2 of Count One are hereby incorporated by reference as Paragraphs 1 and 2 of Count Two as if fully stated herein.

     3.     The Defendant is in material non-compliance with the terms of the former Lease for violation of the following provisions: Lease Paragraph 13(e) for failing to permit the LANDLORD, or his/her agent to enter the premises for the purpose of making reasonable inspections and repairs and replacements.

4.    *Specifically,* you have repeatedly refused entry to management and staff for inspections and repairs.

5-7.    Paragraphs 5, 6 and 7 of Count One are hereby incorporated by reference as Paragraphs 5, 6 and 7 of Count Two as if fully stated herein.


## COUNT THREE:

1-2.    Paragraphs 1 and 2 of Count One are hereby incorporated by reference as Paragraphs 1 and 2 of Count Three as if fully stated herein.

3.    The Defendants violated Connecticut General Statutes §47a-11(g) for failing to conduct yourself in a manner that does not disturb your neighbors' peaceful enjoyment of the premises.

4. *Specifically,* your disruptive behavior as outlined above has disturbed other residents' quiet enjoyment of the premises.

5-7.    Paragraphs 5, 6 and 7 of Count One are hereby incorporated by reference as Paragraphs 5, 6 and 7 of Count Three as if fully stated herein.

I hereby certify that I have personal knowledge of the Plaintiff's financial responsibility and deem it sufficient to pay the cost of this action.

WHEREFORE, the Plaintiff claims:

1.  Judgment for the immediate possession of said premises, with costs.

The Plaintiff,
RELATED MANAGEMENT COMPANY, L.P., MANAGING AGENT FOR AH-DANBURY ACQUISITION, LLC
By Its Attorneys,

_____

A True Copy
Attest: _____
Joseph A. Felner, Jr.
Connecticut State Marshal
Fairfield County

David A. Carlson, Esq. (Juris No. 429916)
Flynn Law Group (Juris No. 436127)
185 Devonshire Street, Suite 401
Boston, MA 02110
Tel.: 617-988-0633

FRANK A. FLYNN, ESQ.
Licensed in MA

JON D. MICHALEK, ESQ.
Licensed in MA, NH, ME

DAVID A. CARLSON, ESQ.
Licensed in MA, RI, CT, ME, VT

PATRICK R. GAMELIN, ESQ.
Licensed in MA, RI, NH

ARJUN ROY, ESQ.
Licensed in MA, RI



**FLYNN LAW GROUP**

MA, RI, NH, CT, ME, VT
www.FlynnLaw-NE.com
T: 617.988.0633 | F: 617-988-0637

RANDOLPH C. ENGLISH, ESQ. |MA|
MICHAEL P. MARSILLE, ESQ. |MA, NH, CT, NY|
BRETT H. EDMUNDS, ESQ. |CT, RI, VT|
KEVIN C. OAKES, ESQ. |MA, CT|
ILHAN I. ZEYBEKOGLU, ESQ. |MA|
NIKOLE A. BASHFORTH, ESQ. |MA|
MICHAEL J. CRONIN, ESQ. |MA, CT|
SHAYLA R. COUGHLIN, ESQ. |MA, ME|
JULIA E. MSZANSKI, ESQ. |CT|
MICHAEL A. AMALFITANO, ESQ. |MA, RI|
MARGARET M. SUPREY, ESQ. |MA|

January 22, 2025

Clifford Williams
88 Main Street, Apt. 4A
Danbury, CT 06810

**ESTE CARTA ES IMPORTANTE, SI NECESITA ESTA INFORMACION
INTERPRETADA O TRADUCIDA, DE LLAMARNOS A LA OFICINA**

**PRETERMINATION NOTICE (KAPA)**

This office represents Related Management Company, L.P., managing agent for AH-Danbury Acquisition, LLC ("Management"). You are hereby notified that you have violated the provisions of your lease in the following ways:

- Paragraph 13(b), for failing to comply with all obligations imposed upon TENANTS under applicable provisions of building and housing codes materially affecting health and safety with respect to said premises and appurtenances; and, Paragraph 13(c) for failing to not use the premises for any purpose deemed hazardous by insurance companies carrying insurance thereon; and Paragraph 25(c) for failing to comply with the House Rules including but not limited to the resident conduct rule. *Specifically,* it has been reported to Management that you have been involved in multiple incidents disturbing other residents. On or about November 25, 2024, management was forced to call the police due to your harassment. You made threats against management and on several occasions called the office (as noted on caller ID) calling staff a "bitch" and hung up. On or about December 31, 2024 you made multiple calls to law enforcement in which you were documented acting erratically. However, you refused to allow law enforcement entry when they arrived to do a wellness check. Your actions towards staff and other residents are affecting the health and safety of staff and residents
- Paragraph 13(e) for failing to permit the LANDLORD, or his/her agent to enter the premises for the purpose of making reasonable inspections and

repairs and replacements; *Specifically,* You have repeatedly refused entry to management and staff for inspections and repairs.

- Connecticut General Statutes §47a-11(g) for failing to conduct yourself in a manner that does not disturb your neighbors' peaceful enjoyment of the premises. *Specifically,* your disruptive behavior as outlined above has disturbed other residents' quiet enjoyment of the premises.

As a result of your activities, you have also violated paragraph 8(b)(2) of your Lease for  material non-compliance with the terms of your Lease Pursuant to Paragraph 8(d) of your Model Lease, the term material noncompliance includes (1) one or more substantial violations of the Agreement; (2) repeated minor violations of the Agreement that disrupt the livability of the project, adversely affect the health or safety of any person or the right of any resident to the quiet enjoyment to its leased premises and related project facilities, interfere with the management of the project, or have an adverse financial effect on the project; (3) or failure of Tenant to timely supply all required information on the income and composition, or eligibility factors, of Tenant's household (including failure to meet the disclosure and verification requirements for Social Security Numbers, as provided by 24 CFR Part 5, or knowingly providing incomplete or inaccurate information).

You have an opportunity to correct these violations within fifteen (15) days after you receive this letter. If you correct these violations within fifteen (15) days, your Lease will not be terminated. However, if you fail to correct these violations within fifteen (15) days, your lease will be terminated.  You are encouraged to discuss how you can correct these violations with Management immediately.

If the Lease is terminated by Management and an action is brought by Management to evict you from the premises, you have the right to present any defenses on your behalf under the Lease or under Connecticut law.

RELATED MANAGEMENT COMPANY, L.P.,
MANAGING AGENT FOR AH-DANBURY
ACQUISITION, LLC
By their Attorneys,

David A. Carlson, Esq. (Juris No. 429916)
Flynn Law Group (Juris No. 436127)

DAC/lad
DELIVERED BY JUDICIAL MARSHAL

State of Connecticut:                    Date: January 30, 2025
                        ss: Danbury
County of Fairfield:


Then and there, by virtue hereof, I made service of the within and
foregoing **Pretermination Notice(KAPA)** in the following manner:


Upon: **Clifford Williams** on January 30,2025 by leaving a true and
      attested copy at the usual place of abode of Clifford Williams 88
      Main Street Apt 4A Danbury,CT


The within and foregoing is **the original Pretermination Notice(KAPA)**
with my doings hereon endorsed.

                                    Attest:

                                    Steve Pichiarallo
                                    State Marshal Fairfield County

**FEES:**
SERVICE:          $50.00
COPIES;
TRAVEL:           $15.00
ENDOR.:
RECORD:
POSTAGE:
TOTAL             $65.00



## FLYNN LAW GROUP

Condominium, Residential and Commercial Landlord Tenant Law
MA, RI, NH, CT, ME, VT ▪ www.FlynnLaw-NE.com
Phone: 617-988-0633          Toll Free: 866-910-0001

February 19, 2025

Clifford Williams
88 Main Street, Apt. 4A
Danbury, CT 06810

### ESTE CARTA ES IMPORTANTE, SI NECESITA ESTA INFORMACION INTERPRETADA O TRADUCIDA, DE LLAMARNOS A LA OFICINA

### NOTICE TO QUIT / NOTICE OF TERMINATION

This office represents Related Management Company, L.P., managing agent for AH-Danbury Acquisition, LLC ("Management"). You are hereby notified to quit possession of the premises now occupied by you at 88 Main Street, Apt. 4A, Danbury, CT 06810 on or before midnight of March 12, 2025 ("Quit Date"). Your lease will terminate on March 13, 2025 ("Lease Termination Date").

Your tenancy is being terminated pursuant to the following provisions of your lease: paragraph 8(b)(2) for material non-compliance with the terms of your Lease Pursuant to Paragraph 8(d) of your Model Lease, the term material noncompliance includes (1) one or more substantial violations of the Agreement; (2) repeated minor violations of the Agreement that disrupt the livability of the project, adversely affect the health or safety of any person or the right of any resident to the quiet enjoyment to its leased premises and related project facilities, interfere with the management of the project, or have an adverse financial effect on the project; (3) or failure of Tenant to timely supply all required information on the income and composition, or eligibility factors, of Tenant's household (including failure to meet the disclosure and verification requirements for Social Security Numbers, as provided by 24 CFR Part 5, or knowingly providing incomplete or inaccurate information).

In addition to the foregoing, you are in violation of the following:

• Lease Paragraph 13(b), for failing to comply with all obligations imposed upon TENANTS under applicable provisions of building and housing codes materially affecting health and safety with respect to said premises and appurtenances; and, Paragraph 13(c) for failing to not use the premises for any purpose deemed hazardous by insurance companies carrying insurance thereon; and Paragraph 25(c) for failing to comply with the House Rules including but not limited to the resident conduct rule. *Specifically,* it has been

reported to Management that you have been involved in multiple incidents disturbing other residents. On or about November 25, 2024, management was forced to call the police due to your harassment. You made threats against management and on several occasions called the office (as noted on caller ID) calling staff a "bitch" and hung up. On or about December 31, 2024 you made multiple calls to law enforcement in which you were documented acting erratically. However, you refused to allow law enforcement entry when they arrived to do a wellness check. Your actions towards staff and other residents are affecting the health and safety of staff and residents

- Lease Paragraph 13(e) for failing to permit the LANDLORD, or his/her agent to enter the premises for the purpose of making reasonable inspections and repairs and replacements; *Specifically,* You have repeatedly refused entry to management and staff for inspections and repairs.

- Connecticut General Statutes §47a-11(g) for failing to conduct yourself in a manner that does not disturb your neighbors' peaceful enjoyment of the premises. *Specifically,* your disruptive behavior as outlined above has disturbed other residents' quiet enjoyment of the premises.

As a result of the foregoing, Management served you with a pretermination (Kapa) notice on or about January 30, 2025. Despite being served the pretermination notice, you have continued to commit additional violations to the lease paragraphs listed above.

Any payments tendered after the date specified to quit possession or occupancy will be accepted for use and occupancy only and not for rent, with full reservation of rights to continue with the eviction action.

No tenancy is intended to be created by the acceptance of such monies, or by any action or inaction of Management. The service of this Notice to Quit/Notice of Termination or the reference herein to any "Occupancy Agreement," "Model Lease Agreement," "Model Lease," "Lease," "Addendum to Lease," "landlord," "lessor," "rent," "tenant," or "tenancy" shall not be deemed to create or re-create any tenancy, nor shall it operate as a waiver of any of the rights of our client under any prior notices to quit, judgments, or agreements related to your occupancy upon the premises.

You have ten (10) calendar days, beginning on the date this Notice is served by a State Marshal, within which to discuss the proposed termination of your tenancy with Management. ("Pretermination Process"). If you request the meeting, Management agrees to discuss the proposed termination with you.

Persons with disabilities have the right to request reasonable accommodations to participate in the hearing process. If you or any other permitted occupant is considered disabled

under applicable state or federal law, you have a right to a reasonable accommodation to resolve such Lease or Occupancy Agreement violations if such violations were a result of any such disability.

   If you do not voluntarily vacate the premises on or before the above termination date, it is Management's intention to commence eviction proceedings against you to recover possession of the premises. In the event that such an eviction proceeding (summary process action) is commenced you will receive notice and be given an opportunity to present a defense in Court.

      Related Management Company, L.P., managing agent for
      AH-Danbury Acquisition, LLC
      By their Attorney,

      David A. Carlson, Esq. (Juris No. 429916)
      Flynn Law Group (Juris No. 436127)

DAC/hk

cc: Related Management Company, L.P., managing agent for AH-Danbury Acquisition, LLC

**DELIVERED BY JUDICIAL MARSHAL
AND FIRST CLASS MAIL**

Joseph L.A. Felner Jr.
Connecticut State Marshal
Fairfield County
P.O.Box 596
Fairfield, CT 06824

Cell Phone
(203)209-0430

STATE OF CONNECTICUT

ss: Fairfield                    Date : Feburary 21, 2025

COUNTY OF FAIRFIELD

Then and there, by virtue hereof and by special direction of the plaintiffs' Attorney,
I made service of the within and foregoing original **Notice to Quit
Possession/Notice ot Termination, Notice of Occupancy Rights under the
Violence Against Women Act, and Certification of Domestic Violence, Dating
Violence, Sexual Assault; or Stalking, and Alternate Documentation, and
Right to Counsel program (CT-RTC) in English and Spanish** by leaving a true
and attested copy for **Clifford Williams** at the usual place of abode 88 Main
Street, Apt. 4A Danbury, CT 06810.


The within and foregoing is the original **Notice to Quit Possession/Notice ot
Termination, Notice of Occupancy Rights under the Violence Against Women
Act, and Certification of Domestic Violence, Dating Violence, Sexual Assault;
or Stalking, and Alternate Documentation, and Right to Counsel program
(CT-RTC) in English and Spanish** with my doings thereon endorsed.


Fees:
Service Fee      $     50.00
Travel                  0.00
Verified Copies        10.00
Endorsement             1.00
Total            $     61.00

ATTEST :

*Joseph L.A. Felner Jr.*
Connecticut State Marshal
Fairfield County

DOCKET NO.:  DBD-CV25-6053872-S          :          SUPERIOR COURT
                                         :
                                         :
RELATED MANAGEMENT COMPANY, L.P.,        :
MANAGING AGENT FOR AH-DANBURY            :
ACQUISITION, LLC                         :          J.D. OF DANBURY
                                         :
VS                                       :
                                         :
CLIFFORD WILLIAMS                        :
                                         :          APRIL 16, 2025

### AFFIDAVIT OF NON-COMPLIANCE WITH COURT ORDERED STIPILATED AGREEMENT OF THE PARTIES AND REQUEST FOR IMMEDIATE ISSUANCE OF EXECUTION

AFFIDAVIT:

      I, Sandra Thompson, duly depose and say that I am the Property Manager for the Plaintiff in the above-entitled matter and state as follows:

1. I am over the age of eighteen years and I believe in the obligation of an oath.

2. On *April 11, 2025*, this Court entered an order granting the parties an interim agreement until the subsequent mediation on May 2, 2025 (herein "Stipulation"), including the following relevant provisions:

    a. Paragraph 4: *"Defendant will continue to comply with all terms, conditions, rules and regulations of the current lease agreement with the Plaintiff. The Defendant agrees to comply with all Tenant responsibilities under C.G.S. 47a-11 including free from clutter, sanitary and in compliance with fire safety codes."* (See Stipulation attached hereto as **Exhibit "A"**).

    b. Paragraph 5: *"No parties shall unreasonably disrupt the quiet use and enjoyment of the other at the subject premises."* (See Stipulation attached hereto as **Exhibit "A"**).

3. The Defendant has violated these conditions by engaging in the following actions: Lease Paragraph 13(b), for failing to comply with all obligations imposed upon TENANTS under applicable provisions of building and housing codes materially affecting health and safety with respect to said premises and appurtenances. C.G.S. 47a-11(a): Comply with all obligations primarily imposed upon tenants by applicable provisions of any building,

housing or fire code materially affecting health and safety. C.G.S. 47a-11(g): Conduct himself and require other persons on the premises with his consent to conduct themselves in a manner that will not disturb his neighbors' peaceful enjoyment of the premises.

4. *Specifically,* on or about April 16, 2025, management was notified the Danbury Police were called as you continue to harass the aide and resident in a nearby unit. Additionally, you continue to block the walkway, so the resident and aide cannot walk to their unit.

Sandra Thompson

Subscribed and sworn before me under oath on 4/16/25



(Clerk/Commissioner of Superior Court/ Notary Public)

## REQUEST FOR EXECUTION:

Pursuant to the Court order dated April 11, 2025, the Defendant has failed to comply with the terms of the stipulation.

**WHEREFORE, the Plaintiff requests that a Summary Process Execution for Possession issue immediately.**

The Plaintiff,
RELATED MANAGEMENT COMPANY, L.P.,
MANAGING AGENT FOR AH-DANBURY
ACQUISITION, LLC
By its attorneys,

David A. Carlson, Esq. (Juris No. 429916)
Flynn Law Group (Juris No. 436127)
185 Devonshire Street, Suite 401
Boston, MA 02110
(617) 988-0633

## <u>CERTIFICATION</u>

This is to certify that a copy of this Affidavit of Non-Compliance with Court Order and Request for Immediate Issuance of Execution has been mailed, postage prepaid to all appearing parties and/or counsel on this 16th day of April 2025 as follows:

Clifford Williams
88 Main St, Apt. 4A
Danbury, CT 06810

_____
Commissioner of the Superior Court
David A. Carlson, Esq.

**STIPULATED AGREEMENT OF THE PARTIES**
JD-HM-11   Rev. 6-22

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

| [X] Judicial District at **DANBURY** | [ ] Housing Session at | Docket Number **DBDCV256053872S** |
|---|---|---|

Name of case
**RELATED MANAGEMENT COMPANY, L.P., MANAGING AGENT F V. WILLIAMS, CLIFFORD**

**Stipulated Agreement of the Parties**

**Parties agree to the following INTERIM:**

1. Both parties agree to continue this matter for subsequent mediation on May 2nd, 2025 or at the Courts discretion.

2. Defendant will continue to pursue discrimation complaints with the Department of Justice.

3. The Plaintiff agrees to comply with all Landlord Responsibilities under C.G.S. 47a-7.

4. Defendant will continue to comply with all terms, conditions, rules and regulations of the current lease agreement with the Plaintiff. The Defendant agrees to comply with all Tenant responsibilities under C.G.S. 47a-11 including free from clutter, sanitary and in compliance with fire safety codes.

5. No parties shall unreasonably disrupt the quiet use and enjoyment of the other at the subject premises.

6. If either party violates any condition to this INTERIM agreement, the adversely affected party may file an affidavit with the Clerks office requesting a court hearing.

Counsel for the Plaintiff is authorized to enter into this Stipulation on behalf of his client. The Plaintiff and Defendant represents that they fully understand the terms and conditions of this Stipulated Agreement. The Plaintiff and Defendant waive canvass before the Court.

| Plaintiff(s)/Attorney(s) for Plaintiff(s) | Defendant(s)/Attorney(s) for Defendant(s)   4-11-2025 |
|---|---|
| **For the Plaintiff Attorney Brian Carlson** | **Defendant-01 Clifford Williams** |

| Housing Mediator   Nina Petrus | Date signed   4/11/2025 | [X] After a canvass by the Mediator, parties agree with the terms of the stipulation and request that the court approve the agreement. |
|---|---|---|

| Approved (Signature of Judge) | | Date signed   4/11/25 |
|---|---|---|

[ Print Form ]        [ Reset Form ]

108.00